## United States Bankruptcy Court
### Northern District of Georgia - Atlanta

In re  **Glenn Royce Favre**  
Debtor(s)

Case No.  
Chapter  **7**

# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Glenn Royce Favre**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐   I am unemployed; or

■   I am self-employed; or

☐   My employer did not provide pay stubs.

Date  **December 9, 2008**                    Signature  **/s/ Glenn Royce Favre**  
                                                                **Glenn Royce Favre**  
                                                                Debtor