UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN DISTRICT OF GEORGIA

In Re:

Glenn Royce Favre,

    Debtor.
_____/

Case No: 08-85264-mhm

**FILED**
CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 19 2008

YVONNE EVANS
CLERK

By: Nitza Cedeño
      CLERK

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

FREDERICK L. MOUSER, ESQUIRE, of the law firm of MOUSER & MOUSER, P.A., hereby enters his appearance as attorney for **Cox Lumber Co., a Florida corporation, d/b/a HD Supply Lumber & Building Materials,** a creditor in the above-styled cause of action, and requests that he be added to the case matrix and receive copies of all notices, pleadings and orders filed in this cause.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished by regular U.S. Mail to *Debtor, Glenn Royce Favre,* at 110 South Columbia Drive, #11, Decatur, GA 30030; *Angela Little Hamilton, Esq., Attorney for Debtor,* at 543 E. Lanier Avenue, Fayetteville, GA 30214, and to; *S. Gregory Hays, Hays Financial Consulting, LLC, Trustee,* at 3343 Peachtree Road, NE, Suite 200, Atlanta, GA 30326-1420, on this ___17___ day of December, 2008.

                                          MOUSER & MOUSER, P.A.
                                          Attorneys at Law

                                          Frederick L. Mouser, Esq.
                                          1032 9th Street North (MLK)
                                          St. Petersburg, FL 33705
                                          Telephone: (727) 822-0300
                                          Attorney for Cox Lumber Co.
                                          Florida Bar No. 169029