IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET
FEB 2 6 2009**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| GLENN ROYCE FAVRE ) | CASE NO. 08-85264-MHM |
| ) | |
| Debtor. ) | |
| ) | |
| FORD MOTOR CREDIT COMPANY, ) | CONTESTED MATTER |
| LLC, A DELAWARE LIMITED ) | |
| LIABILITY COMPANY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| GLENN ROYCE FAVRE, and ) | |
| S. GREGORY HAYS, as ) | |
| Trustee, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

FORD MOTOR CREDIT COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY filed a "Motion to Terminate Stay and to Authorize Movant to Take Possession of Collateral" which came on regularly for hearing on February 24, 2009 upon lawful notice given to all required parties in interest. No opposition to this Motion was heard by Debtor, Debtor's Counsel or Trustee. Accordingly, it is hereby

ORDERED that the stay afforded by 11 U.S.C. Section 362 is modified so that FORD MOTOR CREDIT COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY may take such action with respect to that certain 2008 Ford F-150, Vehicle Identification No. 1FTRF12W98KB23906, as

is authorized by contract and State law. FORD MOTOR CREDIT COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY shall promptly remit to the Trustee such proceeds as exceed the lawful debt due, if any, following disposition of such vehicle. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 25th day of February, 2009.

_____
**MARGARET H. MURPHY**
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: _____
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
2270 Resurgens Plaza
945 E. Paces Ferry Road
Atlanta, GA  30326
(404) 231-4567

**PARTIES TO BE SERVED**

Glenn Royce Favre
110 South Columbia Drive
Decatur, Georgia 30030

Angela Hamilton,
Office of Angela Little Hamilton
543 E. Lanier Avenue
Fayetteville, GA 30214

S. Gregory Hays, Esq.
Chapter 13 Trustee
3343 Peachtree Road, N.E., Suite 200
Atlanta, GA 30326-1420

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
2270 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA  30326

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: millerc              Page 1 of 1            Date Rcvd: Feb 26, 2009
Case: 08-85264                Form ID: pdf401            Total Served: 4

The following entities were served by first class mail on Feb 28, 2009.
db           +Glenn Royce Favre,    110 South Columbia Drive,    #11,    Decatur, GA 30030-5318
aty          +Angela Little Hamilton,    Angela Little Hamilton,    543 E. Lanier Avenue,
               Fayetteville, GA 30214-2240
aty          +Ronald A. Levine,    Levine, Block & Strickland, LLP,    2270 Resurgens Plaza,
               945 East Paces Ferry Road,    Atlanta, GA 30326-1160
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
               Atlanta, GA  30326-1420

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2009**                          **Signature:**   _Joseph Speetjens_