IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-85264-mhm |
| | : | |
| GLEN ROYCE FAVRE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**APPLICATION OF TRUSTEE FOR
APPROVAL OF EMPLOYMENT OF ATTORNEYS**

COMES NOW S. Gregory Hays, the duly qualified and acting Chapter 7 Trustee herein, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, and respectfully represents:

1. Applicant has been appointed as Chapter 7 Trustee for the above-named Debtor and is duly qualified.

2. In order to administer this case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel.

3. Applicant shows that it is necessary to retain an attorney to render the following legal services:

(a) To advise, assist, and represent Applicant with respect to Applicant's rights, powers, duties, and obligations in the administration of this case, and the collection, preservation, and administration of assets of the Debtor's estate;

(b) To advise, assist, and represent Applicant with regard to any claims and with regard to any claims and causes of action which the estate may have against various parties including, without limitation, claims for preferences, fraudulent conveyances, improper disposal of assets, and other claims or rights to recovery granted to the estate; to institute appropriate adversary proceedings or other litigation and to represent Applicant therein with regard to such claims and causes of action; and to advise and represent the Applicant with regard to the review and analysis of any legal issues incident to any of the foregoing;

(c) To advise, assist, and represent Applicant with regard to investigation of the desirability and feasibility of the rejection or assumption and potential assignment of any executory contracts or unexpired leases, and to advise, assist, and represent Applicant with regard to liens and encumbrances asserted against property of the estate and potential avoidance for the benefit of the estate, within the Trustee's rights and powers under the Bankruptcy Code, and the initiation and prosecution of appropriate proceedings in connection therewith;

(d) To advise, assist, and represent Applicant in connection with all applications, motions, or complaints concerning reclamation, sequestration, relief from stays, disposition or other use of assets of the estate, and all other similar matters;

(e) To advise, assist, and represent Applicant in connection with the sale or other disposition of any assets of the estate, including without limitation the investigation and analysis of the alternative methods of effecting same; employment of auctioneers, appraisers, or other persons to assist with regard thereto; negotiations with prospective purchasers and the evaluation of any offers received; the drafting of appropriate contracts, instruments of conveyance, and other documents with regard thereto; the preparation, filing, and service as required of appropriate motions, notices, and other pleadings as may be necessary to comply with the Bankruptcy Code with regard to all of the foregoing; and representation of Applicant in connection with the consummation and closing of any such transactions;

(f) To prepare pleadings, applications, motions, reports, and other papers incidental to administration, and to conduct examinations as may be necessary pursuant to Bankruptcy Rule 2004 or as otherwise permitted under applicable law;

(g) To provide support and assistance to Applicant with regard to the proper receipt, disbursement, and accounting for funds and property of the estate;

(h) To perform any and all other legal services incident or necessary to the proper administration of this case and the representation of Applicant in the performance of Applicant's duties and exercise of Applicant's rights and powers under the Bankruptcy Code.

4. Applicant wishes to employ the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, East Tower, Suite 550, Atlanta, Georgia, 30326, (404) 262-7373, as Applicant's attorneys herein. Applicant shows that the attorneys practicing with said law firm are admitted to practice in this Court, have knowledge and experience with regard to the matters in which the firm is to be engaged, and are well qualified to represent Applicant. Attached to the Firm's Bankruptcy Rule 2014 Verification attached hereto as Exhibit "A" is a statement with regard to its qualifications and the terms and conditions of its employment, including the current rates and policy regarding reimbursement of expenses. Applicant anticipates seeking reasonable compensation based upon the recognized factors. No compensation will be paid by Applicant to said law firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

5. To the best of Applicant's knowledge, the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., represents no interest adverse to Applicant, Debtors, or this estate in the matters upon which it is to be engaged, and said attorneys are disinterested persons under 11 U.S.C. §101(14) with regard to the matters upon which they are to be engaged, and the appointment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., will be in the best interests of this estate, the Debtors, creditors, and other parties in interest.

WHEREFORE, Applicant prays for authority to retain and employ the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., in this case for the purposes specified herein above, and that Applicant have such other and further relief as may be just and proper.

This      day of _March_, 2009.

_____
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Rd. NE, Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

# EXHIBIT "A"

## RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1. I am an associate with the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., a professional association engaged in the practice of law with offices at 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326. All attorneys practicing with the Firm are attorneys at law duly admitted to practice in the State of Georgia and in the United States District Court, Northern District of Georgia.

2. The Firm has been asked to represent the Trustee in the Chapter 7 case of Glenn Royce Favre. To the best of my knowledge, except as set forth below, the Firm has no professional, business, or other connection with the aforementioned Debtor, his creditors, or any party in interest in this case, except as is set forth in the foregoing Application or herein. The Firm represents no interest which would be adverse to Debtor's estate in connection with the matters upon which the Firm is to be engaged.

3. Attached hereto is a Firm Description which describes the qualifications of the Firm and its current attorneys and the terms and conditions of employment, including hourly rates currently charged by the Firm.

4. The Firm will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 3rd day of March, 2009.

_____
A. Alexander Teel

SWORN TO and subscribed before me
this 3rd day of March, 2009.

_Linda W. McLane_
NOTARY PUBLIC
My commission expires:

[Notary Seal: LINDA W. McLANE, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES JAN. 3, 2010]

284071.doc

*LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.*

Atlanta Financial Center
3343 Peachtree Road, NE
East Tower, Suite 550
Atlanta, Georgia 30326-1022
(404) 262-7373
(404) 262-9911 (fax)
www.LCSENlaw.com

## FIRM RESUME

*Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.* is engaged in a general civil practice with emphasis and concentrations in the areas of bankruptcy law, business and commercial law, creditor's rights, and trial and appellate practice. The Firm has an "av" rating in the Martindale-Hubbell Law Directory.

The Firm's business practice provides quality and cost effective business and legal advice to privately held businesses focusing on improving profitability by increasing revenues, lowering expenses, effectively managing risk and legal administration. The Firm can assist in every aspect of a privately held business including: choosing the appropriate legal entity and capital structure, employer-employee relations, business succession planning, purchase or sale of a business, protecting intellectual property, negotiating and drafting general agreements with suppliers, customers and landlords and legal administration.

The Firm charges a reasonable fee, taking into account the time and value of services rendered. Currently, time is generally charged at rates ranging from $180.00 to $425.00 per hour for attorney time and $110.00 to $155.00 per hour for paralegal time. Other relevant factors taken into account in setting a reasonable fee include the amounts involved and the results achieved in the representation, the novelty and complexity of the issues presented, and any time constraints imposed by the client or the circumstances. The Firm also charges for expenses incurred in connection with the provision of legal services as set forth in the attached Expense Description.

All attorneys practicing with the Firm are members of the State Bar of Georgia and are admitted to practice before the United States District Court of the Northern District of Georgia. Individual attorneys in the Firm are members of the State Bars in New York, Connecticut, North Carolina, Pennsylvania and South Carolina. The attached Attorney Resume sets forth the names, qualifications, and current hourly rates of the Firm's attorneys. Each attorney's hourly rate is subject to adjustment in accordance with the changes in his or her qualifications, experience, and ability. The Firm may hire additional associate attorneys, whose hourly rates will be determined in accordance with their qualifications, experience, and ability.

# ATTORNEY RESUME

## Members

**J. Michael Lamberth** ($425.00 per hour). B.E., magna cum laude, Vanderbilt University, 1970; J.D., with distinction, Duke University, 1973. Admitted to bar, 1974. Law clerk to: the Honorable Sidney O. Smith, Jr., Chief U.S. District Court Judge for the Northern District of Georgia, 1973-74; the Honorable James C. Hill, U.S. District Court Judge for the Northern District of Georgia, 1974-75; State Bar of Georgia Bankruptcy Section - Member, Board of Directors 1993-1997; Treasurer 1994-1995; Vice-Chair, 1995-1996; Chair, 1996-1997. Advisory Committee of the Judicial Conference of the United States, Federal Rules of Bankruptcy Procedure (appointed by the Chief Justice for an additional three year term commencing October 2008). Director, Southeastern Bankruptcy Law Institute.

**James Craig Cifelli** ($425.00 per hour). A.B., cum laude, Duke University, 1973; J.D., Vanderbilt University, 1976. Admitted to bar, 1976. Speaker at seminars for lawyers and credit managers on topics relating to bankruptcy, enforcement of creditor's rights and collection of accounts. (Also admitted in Connecticut.)

**Gary D. Stokes** ($320.00 per hour). A.B., summa cum laude, University of Georgia, 1974; J.D., University of Georgia, 1978. Admitted to bar, 1978. Phi Beta Kappa, Phi Kappa Phi. (Also admitted in South Carolina.)

**G. Frank Nason, IV** ($375.00 per hour). B.A., Vanderbilt University, 1983; J.D., cum laude, Walter F. George School of Law, Mercer University, 1986. Admitted to bar, 1986. Member, 1984-85 and Managing Editor Staff, 1985-86, MERCER UNIVERSITY LAW REVIEW; Recipient, American Jurisprudence Award for Property, II.

**Gregory D. Ellis** ($375.00 per hour). B.S., University of Pennsylvania, 1984; J.D., with distinction, Emory University, 1989. Admitted to bar, 1989. C.P.A., licensed in State of New York, 1986. (Also admitted in New York.)

**Stuart F. Clayton, Jr.** ($315.00 per hour). B.A., University of North Carolina, 1983; J.D., University of North Carolina, 1987. Admitted to bar, 1989. Articles Editor, NORTH CAROLINA JOURNAL OF INTERNATIONAL LAW AND COMMERCIAL REGULATION, 1986-87. (Also admitted in North Carolina.)

## Associates

**A. Alexander Teel** ($300.00 per hour). B.A., magna cum laude, Louisiana Tech University, 1967; M.A. University of Mississippi, 1970; J.D., cum laude, Georgia State University, 1989. Admitted to bar, 1989. Lead Articles Editor, GEORGIA STATE UNIVERSITY LAW REVIEW, 1988-89. Law clerk to the Honorable Stacey W. Cotton, U.S. Bankruptcy Judge for the Northern District of Georgia, 1989-1991.

**Sharon K. Kacmarcik** ($300.00 per hour). B.S., highest honors, University of Illinois, 1988; J.D., with distinction, Emory University, 1991. Admitted to bar, 1991. Professional Articles Editor, EMORY INTERNATIONAL LAW REVIEW, 1990-91. Law Clerk to the Honorable Sam B. Hall, Jr., United States District Judge, Eastern District of Texas, 1991-92. (Also admitted in Texas and Illinois.)

**William D. Matthews** ($285.00 per hour). B.S., magna cum laude, University of South Carolina, 1983; J.D., with honors, Duke University, 1986. Admitted to bar, 1986. Law clerk to the Honorable W. Homer Drake, Jr., United States Bankruptcy Court, Northern District of Georgia, 1986 - 1989.

**Robert B. Campos** ($230.00 per hour). B.A., Emory University, 1998; J.D. (cum laude) and M.B.A., Georgia State University College of Law and J. Mack Robinson College of Business, 2001. Admitted to bar, 2002. Moot Court Board (Nat'l App. Adv'cy and ABA Nat'l App. Adv'cy Teams; Best Overall Advocate, Moot Court Board App. Adv'cy Competition), 1999-2001. Vice-President, Asian American Law Students Association, 1999-2000.

**Christopher D. Phillips** ($200.00 per hour). B.A., Northwestern University, 1993; J.D., cum laude, University of Georgia School of Law, 2002. Admitted to bar, 2002. Recipient, Southeastern Bankruptcy Law Institut e Scholarship, 2002. Law Clerk to the Honorable Judges Davis, Walker, and Dalis, United States Bankruptcy Court for the Southern District of Georgia, 2003-2005.

**Maggie O. Rentz** ($180.00 per hour). B.S., cum laude, Florida State University, 2003; J.D., cum laude, University of Georgia School of Law, 2006. Admitted to bar, 2006. Articles Editor, GEORGIA LAW REVIEW, 2005-2006. Law Clerk to The Honorable James E. Graham, United States Magistrate Judge for the Southern District of Georgia, 2006-2008.

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**

## Expense Description

Out-of-pocket expenses incurred in connection with the provision of legal services are charged to the client for reimbursement of the amount expended. These charges typically include: court filing fees; court reporting fees for appearances or transcriptions in connection with testimony at hearings, trials, depositions or examinations; record search fees by independent services; out-of-town express courier charges; postage; travel expenses (including lodging and air fare); costs for working luncheons or dinners and out-of-town meals; charges for copies of documents outside the office and applicable certification fees (public records, court documents, opposing counsel charges); and online research (actual cost or, in the case of services available for a flat fee, a charge based on the estimated average cost of the services).

The Firm contracts with an independent courier service for deliveries within the metropolitan Atlanta area. The Firm charges either actual cost per delivery or a pro rated charge based on the estimated cost of the service in the event of multiple deliveries.

The Firm also charges for the following:

    Photocopies (10 cents per page)

    Long Distance Telephone Toll charges (cost plus nominal administrative charge)

    Telecopy Transmissions and Receipts (25 cents per page sent or received)

    Local travel (mileage at rates consistent with the then applicable Internal Revenue Code Procedure is 55 cents per mile)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**

## REPRESENTATIVE CASE LIST WITH RESPECT TO CREDITORS COMMITTEE, CREDITOR, DEBTOR IN POSSESSION, TRUSTEE, AND RECEIVER REPRESENTATION

**Attorneys for Creditors Committee:**

    Amarlite Architectural Products, Inc. -- Aluminum building products manufacturer.

    Electronic Medical Devices, Inc. d/b/a EMD.com -- Medical website.

    Film Fabricators, Inc. – Manufacturer of film packaging.

    Flooring America, Inc. -- Flooring products retailer and franchisor.

    G & W Asset Management, Inc. -- Investment manager.

    Hi-Fi Buys, Inc. -- Consumer electronics retailer.

    Kaleidoscope, Inc. -- Mail order consumer retailer.

    Lewis Carpet Mills, Inc. -- Carpet manufacturer.

    Media Group, Inc. -- Color printing house.

    National Steel Service Centers, Inc. -- Steel and building products.

    NationsAir Express, Inc.-- Charter air service.

    Papillon, Inc. -- Mail order consumer retailer.

    Southeast Toys, Inc. -- Toy distributor.

    Southmark Corporation -- Real estate syndication and financial services.
    (Equity Securities Holders Committee)

**Attorneys for Trustee, Examiner or Liquidating Agent:**

    1-800-Database, Inc. -- Internet advertising database.
    (Ira D. Gingold, Trustee)

    All American of Ashburn, Inc., and All American Housing of Alabama, Inc. --
    Mobile home manufacturers.
    (Paul W. Bonapfel, Trustee)

    Alliance Resource Management, LLC - real estate.
    (Harry Pettigrew, Trustee)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
Representative Case List
Page 2

Borden Chemicals, Inc. -- Specialty Chemical Manufacturer and Distributor.
(GlassRatner, Liquidating Agent)

Brown Transport Truckload, Inc., and Affiliates -- Trucking company.
(Robert E. Brizendine, Trustee)

Burger Hotels, Inc. -- Hotel.
(Paul W. Bonapfel, Trustee)

Galey & Lord, Inc. – textile manufacturer.
(S. Gregory Hays, Trustee)

General Resources Corporation -- Holding company for subsidiaries engaged in real estate, real estate finance, insurance.
(Paul W. Bonapfel, Trustee)

Major Tire Company -- Tire retailer.
(Thomas P. Stamps, Trustee)

Preferred Alliance, Inc.-- Telemarketing company.
(James C. Cifelli, Trustee)

QOS Networks, Inc.-- Telecommunications provider.
(S. Gregory Hays, Trustee)

RDM Sports Group, Inc. -- Sporting goods retailer.
(William G. Hays, Trustee)

South Star Funding, LLC – subprime lender.
(Harry Pettigrew, Trustee)

Stewart Finance Company and related Debtors – Consumer loans.
(S. Gregory Hays, Trustee)

Winder Rug Mills, Inc. -- Rug manufacturer.
(William H. Willson, Jr., Trustee)

World Bazaar Franchise Corporation -- Retail chain store operator and franchisor.
(William G. Hays, Jr., Examiner)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
Representative Case List
Page 3

**Attorneys for Chapter 11 Debtors-in-Possession:**

    Gilbert & Bennett Manufacturing, Inc. -- Wire and fencing manufacturer.

    Associated Distributors, Inc. -- manufacture, and retail sales and distribution of building materials and home decor products.

    Beau Rivage, Ltd. -- Apartment complex owner.

    Chipman Union, Inc. -- Textile manufacturer.

    Hartwell Industries, Inc. -- Importer, manufacturer and distributor of casual and sports apparel.

    Augusta Tissue Mill, LLC – recycled paper products manufacturer.

    Colorocs Corporation -- Color Office Products.

    Corporate Jet Aviation -- Aviation fixed base operator.

    Crescent Airways Corp. (and related companies) -- helicopter flight contractor.

    Fleetway Rubber, Inc. -- Retread rubber processor.

    First American Health Care of Georgia, Inc. -- Home healthcare provider.

    General Time Corporation, Inc. – Clock manufacturer.

    Georgia Girl Fashions, Inc. -- Women's apparel retail chain.

    Gulf Properties Financial Services, Inc. -- Real estate financing company.

    Hayes Microcomputer Products, Inc. -- Computer modem manufacturer.

    Hooters of Augusta, Inc. -- Neighborhood restaurant and bar.

    iPCS, Inc. -- A Sprint PCS telecommunications affiliate.

    Jocks & Jills Restaurants, LLC – restaurant chain.

    Johnston Industries, Inc. – textile manufacturer.

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
Representative Case List
Page 4

    Le Petit Bistro, Inc. -- Fast food restaurant chain.

    Micro Mart, Inc. -- Computer retailer.

    Pac One, Inc. -- Packaging manufacturer.

    Pony Express Delivery Services, Inc.-- Courier and time-sensitive delivery services.

    Pro-Formance Shocks, Inc. -- Auto racing shock manufacturer.

    Q 'n E, Inc. -- Convenience store chain.

    Roberson Produce Co., Inc. -- Produce wholesaler.

    Southwest Hospital and Medical Center, Inc. – acute care hospital.

    Sidewater Recycling, Inc. -- Plastics reprocessor.

    Taber Pontiac, Inc. -- Automobile dealer.

    Tennessee Chemical Company -- Chemical manufacturer.

    The Sport Shoe, Inc. -- Athletic shoe retailer.

    Titan Energy, Inc. -- Suppliers of natural gas for both consumers and commercial enterprises.

    TransMeridian Airlines, Inc. -- Commercial airline.

    Vintage Enterprises, Inc. -- Mobile home manufacturer.

    World Access, Inc. -- Telecommunications provider.

**Attorneys for Receiver:**

    Atlanta Wholesale Produce Co., Inc. -- Wholesale produce.
    (Paul W. Bonapfel, Receiver)

    Blue Sky Petroleum, LLC – Convenience store operator.
    (William G. Hays & Associates, Inc., Receiver)

    Cobb Centre -- Shopping center.
    (Paul W. Bonapfel, Receiver)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
Representative Case List
Page 5

    E. G. Frances & Co. -- Stockbroker.
    (J. Michael Lamberth, Receiver)

    Equitec, Inc. -- Office building.
    (Charles C. Crumley, Receiver)

    The Robert S. Medow Corporation -- Residential siding manufacturer.
    (Paul W. Bonapfel, Receiver)

**Attorneys for Creditors:**

    IMS Group, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented junior secured creditor.

    Eagle Acquisition Group, LLC d/b/a Burch-Lowe (U.S. Bankr. Ct., N.D. Ga.) -- represented three secured equipment vendors.

    EarthCare, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented major bondholder and guarantor of senior debt.

    Netrail, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented landlord.

    Globix Corporation (U.S. Bankr. Ct., D. Del.) -- represented landlord.

    Lason, Inc. (U.S. Bankr. Ct., D. Del.) -- represented landlord.

    Heilig-Meyers Furniture Company, Inc. (U.S. Bankr. Ct., E.D. Va.) -- represented credit card processor.

    Mariner Post-Acute Network, Inc. (U.S. Bankr. Ct., D. Del.) -- represented landlord.

    Mid-American Waste Systems, Inc. (U.S. Bankr. Ct., D. Del.) -- represented City of Sugar Hill.

    Paragon Trade Brands (U.S. Bankr. Ct., N.D. Ga..) -- represented unsecured creditors.

**Non-Bankruptcy Work-Outs and Liquidations:**

    Due to confidentiality obligations and commitments, the names of clients represented in non-bankruptcy work-outs cannot be disclosed. The general nature of clients which the Firm has represented in non-bankruptcy work-outs and liquidation includes the following:

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 6**

    Real Estate Investors, Developers, and Builders.

    Manufacturer of materials handling equipment.

    Fast food franchisee operation with multiple stores.

    Asphalt manufacturing facility and paving business.

    Printing company.

    Environmental engineering company.

    Apparel retail chain.

    Office products distributor.

    Commercial roofing contractor.

    Eleemosynary institutions.

    Sawmill and lumber treatment plant.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

>Office of the U.S. Trustee
>362 Richard B. Russell Federal Building
>75 Spring Street SW
>Atlanta, GA  30303
>
>S. Gregory Hays
>3343 Peachtree Rd., NE #200
>Atlanta, GA 30326-1420
>
>Angela Little Hamilton
>A.L. Hamilton & Associates, LLC
>543 E. Lanier Avenue
>Fayetteville, GA 30214
>
>Glenn Royce Favre
>6240 Lakeview Court
>Rex, GA 30273

This 3rd day of March, 2009.

>_/s/ A. Alexander Teel_
>A. Alexander Teel