**IT IS ORDERED as set forth below:**

**Date: March 03, 2009**

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  08-85264-MHM |
| | : | |
| GLEN ROYCE FAVRE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS**

S. Gregory Hays, Chapter 7 Trustee, filed March 3, 2009, an application for approval of employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022 (the "Firm") as counsel for Trustee and the estate (Doc. No. 17). The Firm of attorneys are qualified to represent Trustee in this case, represent no interest adverse to Debtor or the estate in the matters upon which they are to be engaged, and their employment is necessary and is in the best interests of the estate. Accordingly, it is hereby

**ORDERED** that the employment by Trustee of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., is authorized and approved for the purposes specified in said Application.  No

compensation or expense reimbursement from the estate is authorized except as provided by Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and hearing thereon.   It is further

**O R D E R E D**  that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest, filed within twenty (20) days from the date of service of this Order.  In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party and the Debtor.

**[END OF DOCUMENT]**

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Chapter 7 Trustee

By: ___/s/ A. Alexander Teel_____
         A. Alexander Teel
         Georgia Bar No. 701490
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-3(c) (2), N.D.Ga.:**

A. Alexander Teel, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Rd., NE #200, Atlanta GA 30326-1420

Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville, GA 30214