**IT IS ORDERED as set forth below:**

**Date: March 03, 2009**

_____
**Margaret H. Murphy
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-85264-MHM |
| | : | |
| GLEN ROYCE FAVRE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____ | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS**

S. Gregory Hays, Chapter 7 Trustee, filed March 3, 2009, an application for approval of employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326-1022 (the "Firm") as counsel for Trustee and the estate (Doc. No. 17). The Firm of attorneys are qualified to represent Trustee in this case, represent no interest adverse to Debtor or the estate in the matters upon which they are to be engaged, and their employment is necessary and is in the best interests of the estate. Accordingly, it is hereby

**ORDERED** that the employment by Trustee of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., is authorized and approved for the purposes specified in said Application.  No

compensation or expense reimbursement from the estate is authorized except as provided by Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and hearing thereon.  It is further

**O R D E R E D** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest, filed within twenty (20) days from the date of service of this Order.  In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party and the Debtor.

**[END OF DOCUMENT]**

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Chapter 7 Trustee

By: ___/s/ A. Alexander Teel_____
       A. Alexander Teel
       Georgia Bar No. 701490
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-3(c) (2), N.D.Ga.:**

A. Alexander Teel, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Rd., NE #200, Atlanta GA 30326-1420

Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville, GA 30214

# CERTIFICATE OF NOTICE

```
District/off: 113E-9            User: millerc              Page 1 of 1               Date Rcvd: Mar 04, 2009
Case: 08-85264                  Form ID: pdf408            Total Served: 6

The following entities were served by first class mail on Mar 06, 2009.
db          +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty         +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
             3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty         +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
             Fayetteville, GA 30214-2240
aty         +Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.,   3343 Peachtree Road, NE,   Suite 550,
             Atlanta, GA 30326-1428
tr           S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
             Atlanta, GA  30326-1420
ust         +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 06, 2009**                              **Signature:** _Joseph Speetjens_