UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
    **Glenn Royce Favre**
    110 South Columbia Drive
    #11
    Decatur, GA 30030

    **xxx–xx–8670**

Case No.: **08–85264–mhm**
Chapter: **7**

## ORDER

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

_____
Margaret Murphy
United States Bankruptcy Judge

Form 420

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: hyattj                Page 1 of 2               Date Rcvd: Mar 10, 2009
Case: 08-85264                 Form ID: 420                Total Served: 63

The following entities were served by first class mail on Mar 12, 2009.
db           +Glenn Royce Favre,    110 South Columbia Drive,    #11,    Decatur, GA 30030-5318
aty          +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,     East Tower, Suite 550,
               3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,     Angela Little Hamilton,    543 E. Lanier Avenue,
               Fayetteville, GA 30214-2240
aty          +Frederick L. Mouser,    1032 9th Street North (MLK),     St. Petersburg, FL 33705-1101
aty          +H. Tucker Dewey,    HALE DEWEY & KNIGHT,    88 Union Avenue,    Suite 700,    Memphis, TN 38103-5128
aty          +Kandace C. Stewart,    HALE DEWEY & KNIGHT,     88 Union Avenue,    Suite 700,
               Memphis, TN 38103-5128
aty          +Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.,     3343 Peachtree Road, NE,    Suite 550,
               Atlanta, GA 30326-1428
aty          +Monica K. Gilroy,    Dickenson Gilroy LLC,    Corporate Office - Suite 140,     3780 Mansell Road,
               Alpharetta, GA 30022-1595
aty          +Ronald A. Levine,    Levine, Block & Strickland, LLP,     2270 Resurgens Plaza,
               945 East Paces Ferry Road,    Atlanta, GA 30326-1160
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,     Suite 200,    3343 Peachtree Road, NE,
               Atlanta, GA  30326-1420
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
cr           +Cox Lumber Co., a Florida Corp., d/b/a HD Supply L,     c/o Frederick L. Mouser,
               1032 9th Street North (MLK),    St. Petersburg, FL 33705-1101
cr           +Ford Motor Credit Company, LLC, a Delaware Limited,     Levine, Block & Strickland, L.L.P,
               2270 Resurgens Plaza,    945 East Paces Ferry Road,    Atlanta, GA 30326-1160
cr           +SunTrust Mortgage, Inc.,    c/o Dickenson Gilroy LLC,     Attention: Monica K. Gilroy, Esq.,
               Corporate Office,    3780 Mansell Road, Suite 140,    Alpharetta, GA 30022-8299
11046456     +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
11046455     +Accounting 4 Small Businesses,    1404 Cobb Branch Drive,     Decatur, GA 30032-3003
11046460     +American Express,    c/o Zwicker & Associates, PC,    80 Minuteman Road,     Andover, MA 01810-1008
11046458      American Express,    P.O. Box 297879,    Fort Lauderdale, FL 33329-7879
11046457      American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
11046459      American Express,    P.O. Box 297814,    Fort Lauderdale, FL 33329-7814
11046461      American Express Publishing,    P.O. Box 1334,    Des Plaines, IL 60017-1334
11046462     +American Society of Media Photographers,     150 North Second Street,    Philadelphia, PA 19106-1912
11046463     +Americas Servicing Company,    7485 New Horizon Way,    Frederick, MD 21703-8388
11046464      Atlanta Dental Group, PC,    1624 Piedmont Avenue, NE,     Atlanta, GA 30324-5240
11046465      Bank of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
11046467      Capital One Bank (USA), NA,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11046469      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11046468     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11046470      Citi Cards,    Box 6500,    Sioux Falls, SD 57117-6500
11046471     +Cox Lumber d/b/a,    HD Supply Lumber & Building Materials,     c/o Mouser & Mouser, PA,
               1032 9th Street North,    Saint Petersburg, FL 33705-1101
11046472     +Dale Capelouto,    c/o EMC Search, LLC,    110 S. Columbia, #11,    Decatur, GA 30030-5318
11046473     +Dekalb Emergency Physicians,    1601 Cummins Drive, Suite D-G01,     Modesto, CA 95358-6405
11046475     +Extra Space Storage,    Atlanta - Virginia Ave,    600 Virginia Avenue, NE,
               Atlanta, GA 30306-5125
11046477      Ford Motor Credit,    National Bankruptcy Service Center,     P.O. Box 537901,
               Livonia, MI 48153-7901
11046476      Ford Motor Credit,    P.O. Box 105697,    Atlanta, GA 30348-5697
11118106     +Ford Motor Credit Company LLC,    P O Box 537901,    Livonia MI 48153-7901
11122043      Ford Motor Credit Company LLC,    Drawer 55-953,    P O Box 55000,    Detroit MI  48225-0953
11046478     +GE Money Bank / Stock Building Supply,     Attn: Bankruptcy Dept.,    P.O. Box 103104,
               Roswell, GA 30076-9104
11046480     +Hoppe Collins & Ojeda, LLC,    Attorneys at Law,    1827 Powers Ferry Road, SE,
               Building 7, Suite 350,    Atlanta, GA 30339-5621
11046481     +Innovative Merchant Services,    26520 Agoura Road,    Calabasas, CA 91302-1921
11046482     +John Stokes,    110 S. Columbia Drive, #11,    Decatur, GA 30030-5318
11046483     +Jose Martinez,    44 Pearl Lane,    Atlanta, GA 30341-2966
11046484     +Kenneth Krell,    176 Peachtree Circle,    Atlanta, GA 30309-3220
11046485      Labor Finders,    P.O. Box 1184,    Forest Park, GA 30298-1184
11046486     +Mouser & Mouser, P. A.,    1032 9th Street North,    Saint Petersburg, FL 33705-1101
11046487     +Northwest Exterminating,    830 Kennesaw Avenue,    Marietta, GA 30060-1003
11046488      Peachtree Emergency Physicians,    P.O. Box 281114,    Atlanta, GA 30384-1114
11046489     +Piedmont Healthcare,    Paces West Two,    Suite 1000,    2727 Paces Ferry Road,
               Atlanta, GA 30339-4053
11046490      Piedmont Hospitalist Physicians LLC,    P.O. Box 116984,     Atlanta, GA 30368-6984
11046491     +Radiology Associates of Dekalb PC,    1190 W. Druid Hills Drive, NE,     #T-75,
               Atlanta, GA 30329-2142
11046492     +Stock Building Supply,    2865 Log Cabin Drive, SE,     Smyrna, GA 30080-7068
11046493      Suntrust Mortgage, Inc.,    1001 Semmes Avenue, Suite 600,     Richmond, VA 23224-2245
11046494    ++WACHOVIA BANK NA,    PO BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court:   Wachovia Bank, N.A.,     P.O. Box 50014 VA7372,
               Roanoke, VA 24040-0014)
11046500     +WF Financial Bank,    3201 N. 4th Avenue,    Sioux Falls, SD 57104-0700
11046501      WFNNB / Express,    P.O. Box 182125,    Columbus, OH 43218-2125
11046495     +Wachovia Bank, N.A.,    c/o Focus Receivables Management,     1130 Northchase Parkway, Suite 150,
               Marietta, GA 30067-6429
11046496     +Wachovia Bank, NA,    c/o AllianceOne Receivables Management,     7311 Quality Circle Drive,
               Anderson, IN 46013-2014
11046497     +Wachovia Card Services, NA,    Central Bankruptcy Dept.,     VA 7359,    P.O. Box 13765,
               Roanoke, VA 24037-3765
11046498     +Washington Mutual,    1215 Caroline Street,    Suite H,    Atlanta, GA 30307-2775
11046499      Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ 85038-9704
```

```
District/off: 113E-9          User: hyattj              Page 2 of 2                  Date Rcvd: Mar 10, 2009
Case: 08-85264                Form ID: 420              Total Served: 63

The following entities were served by electronic transmission (continued)
The following entities were served by electronic transmission on Mar 10, 2009.
11046466       E-mail/PDF: bankruptcynotices@bmwfs.com Mar 10 2009 22:32:19     BMW Financial Services,
                5550 Britton Parkway,    Hilliard, OH 43026-7456
11046474       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 10 2009 22:55:44     Discover Card,
                P.O. Box 30943,    Salt Lake City, UT 84130
11046479       E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2009 22:37:34     GEMB / Lowes,   P.O. Box 981416,
                El Paso, TX 79998-1416
                                                                                                 TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
                Atlanta, GA 30326-1420
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2009**                              **Signature:** _Joseph Speetjens_