Certificate Number: 02910-GAN-DE-006436135

Bankruptcy Case Number: 08-85264

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on March 16, 2009, at 2:03 o'clock PM EDT, Glenn Favre completed a course on personal financial management given by internet by InCharge Education Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: March 16, 2009      By      /s/Curtis Kuntz

Name    Curtis Kuntz

Title    Customer Support Representative