IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| GLENN ROYCE FAVRE, | § | CASE NO. 08-85264-mhm |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC., | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CONTESTED MATTER |
| | § | |
| GLENN ROYCE FAVRE and | § | |
| S. GREGORY HAYS, Trustee, | § | |
| | § | |
| Respondents. | § | |
| | § | |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that **Movant SUNTRUST MORTGAGE, INC.**, a creditor and party in interest ("Movant"), filed a **Motion for Relief from Stay** (the "Motion"; Docket No. 26) and related papers with the Court on March 23, 2009 in the above-referenced matter. In the Motion, Movant seeks an order lifting the automatic stay as to certain real property located at 1914 East Columbus Drive, Tampa, Hillsborough, Florida 33605, and authorizing Movant to exercise its rights under certain security instruments, executed by Debtor/Respondent, to foreclose on its collateral. A hearing on the Motion was originally scheduled to take place on April 7, 2009 (the "Original Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Original Hearing regarding the Motion has been **RESCHEDULED**.

The Court will hold a hearing on the **Motion for Relief** in Courtroom 1204, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at **2:15 p.m. (EDT)** on **Tuesday, May 12, 2009.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: April 3, 2009.    /s/ Monica K. Gilroy
Monica K. Gilroy
(Georgia Bar No. 420527)
**Attorney for Movant**
**SunTrust Mortgage, Inc.**
DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Email: mkg@dickensongilroy.com

2

## Certificate of Service

I, **Monica K. Gilroy**, certify that I am over the age of 18 and that on **April 3, 2009**, I served a copy of the foregoing **Notice of Rescheduled Hearing on Motion for Relief From Stay** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Angela Little Hamilton, Esq.
A. L. HAMILTON & ASSOCIATES, LLC
543 E. Lanier Avenue
Fayetteville, Georgia 30214
 *Counsel for Debtor*

Mr. S. Gregory Hays
HAYS FINANCIAL CONSULTING, LLC
3343 Peachtree Road, N.E., Suite 200
Atlanta, Georgia 30326-1420
 *Chapter 7 Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
Suite 362, Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

A. Alexander Teel, Esq.
LAMBERTH, CIFELLI, STOKES,
 ELLIS & NASON, P.C.
3343 Peachtree Road, N.E., Suite 550
Atlanta, Georgia 30326-1022
 *Counsel for Chapter 7 Trustee*

Dated: April 3, 2009.

 /s/ Monica K. Gilroy
Monica K. Gilroy
(Georgia Bar No. 420527)
**Attorney for Movant**
**SunTrust Mortgage, Inc.**
DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Email: mkg@dickensongilroy.com

3