UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Glenn Royce Favre**
    110 South Columbia Drive
    #11
    Decatur, GA 30030

Case No.: **08−85264−mhm**
Chapter: **7**
Judge: **Margaret Murphy**

xxx−xx−8670

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Margaret Murphy
United States Bankruptcy Judge

Dated: April 7, 2009

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: goryy                 Page 1 of 2          Date Rcvd: Apr 07, 2009
Case: 08-85264                Form ID: 182                Total Served: 69


The following entities were served by first class mail on Apr 09, 2009.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
               3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
               Fayetteville, GA 30214-2240
aty          +Frederick L. Mouser,   1032 9th Street North (MLK),   St. Petersburg, FL 33705-1101
aty          +H. Tucker Dewey,   HALE DEWEY & KNIGHT,   88 Union Avenue,   Suite 700,   Memphis, TN 38103-5128
aty          +Kandace C. Stewart,   HALE DEWEY & KNIGHT,   88 Union Avenue,   Suite 700,
               Memphis, TN 38103-5128
aty          +Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.,   3343 Peachtree Road, NE,   Suite 550,
               Atlanta, GA 30326-1428
aty          +Monica K. Gilroy,   Dickenson Gilroy LLC,   Corporate Office - Suite 140,   3780 Mansell Road,
               Alpharetta, GA 30022-1595
aty          +Peter J. Ross,   Tower Place 100,   Suite 1530,   3340 Peachtree Road, N.E.,
               Atlanta, GA 30326-1011
aty          +Ronald A. Levine,   Levine, Block & Strickland, LLP,   2270 Resurgens Plaza,
               945 East Paces Ferry Road,   Atlanta, GA 30326-1160
aty          +Sean R. Quirk,   Shapiro & Swertfeger,   Duke Building - Suite 100,   2872 Woodcock Boulevard,
               Atlanta, GA 30341-4015
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
               Atlanta, GA  30326-1420
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
cr           +AMERICA'S SERVICING COMPANY,   SHAPIRO & SWERTFEGER,   2872 WOODCOCK BOULEVARD,   SUITE 100,
               ATLANTA, GA 30341-4015
cr           +Cox Lumber Co., a Florida Corp., d/b/a HD Supply L,   c/o Frederick L. Mouser,
               1032 9th Street North (MLK),   St. Petersburg, FL 33705-1101
cr           +Ford Motor Credit Company, LLC, a Delaware Limited,   Levine, Block & Strickland, L.L.P,
               2270 Resurgens Plaza,   945 East Paces Ferry Road,   Atlanta, GA 30326-1160
cr           +Kamran Gulfraz,   c/o Peter J. Ross,   Tower Place 100, Suite 1530,   3340 Peachtree Road, N.E.,
               Atlanta, GA 30326-1000
cr           +SunTrust Mortgage, Inc.,   c/o Dickenson Gilroy LLC,   Attention: Monica K. Gilroy, Esq.,
               Corporate Office,   3780 Mansell Road, Suite 140,   Alpharetta, GA 30022-8299
cr           +Syed Hussain,   c/o Peter J. Ross,   Tower Place 100, Suite 1530,   3340 Peachtree Road, N.E.,
               Atlanta, GA 30326-1000
cr            Wells Fargo Bank N.A.,   Wells Fargo Auto Finance,   2nd Floor,   13675 Technology Dr., Bldg. C,
               Eden Prairie, MN  55344-2252
11046456     +AES,   P.O. Box 2461,   Harrisburg, PA 17105-2461
11046455     +Accounting 4 Small Businesses,   1404 Cobb Branch Drive,   Decatur, GA 30032-3003
11046460     +American Express,   c/o Zwicker & Associates, PC,   80 Minuteman Road,   Andover, MA 01810-1008
11046461      American Express Publishing,   P.O. Box 1334,   Des Plaines, IL 60017-1334
11046462     +American Society of Media Photographers,   150 North Second Street,   Philadelphia, PA 19106-1912
11046463     +Americas Servicing Company,   7485 New Horizon Way,   Frederick, MD 21703-8388
11046464      Atlanta Dental Group, PC,   1624 Piedmont Avenue, NE,   Atlanta, GA 30324-5240
11046467      Capital One Bank (USA), NA,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11046470      Citi Cards,   Box 6500,   Sioux Falls, SD 57117-6500
11046471     +Cox Lumber d/b/a,   HD Supply Lumber & Building Materials,   c/o Mouser & Mouser, PA,
               1032 9th Street North,   Saint Petersburg, FL 33705-1101
11046472     +Dale Capelouto,   c/o EMC Search, LLC,   110 S. Columbia, #11,   Decatur, GA 30030-5318
11046473     +Dekalb Emergency Physicians,   1601 Cummins Drive, Suite D-G01,   Modesto, CA 95358-6405
11046475     +Extra Space Storage,   Atlanta - Virginia Ave,   600 Virginia Avenue, NE,
               Atlanta, GA 30306-5125
11118106     +Ford Motor Credit Company LLC,   P O Box 537901,   Livonia MI 48153-7901
11122043      Ford Motor Credit Company LLC,   Drawer 55-953,   P O Box 55000,   Detroit MI  48225-0953
11046478     +GE Money Bank / Stock Building Supply,   Attn: Bankruptcy Dept.,   P.O. Box 103104,
               Roswell, GA 30076-9104
11046480     +Hoppe Collins & Ojeda, LLC,   Attorneys at Law,   1827 Powers Ferry Road, SE,
               Building 7, Suite 350,   Atlanta, GA 30339-5621
11046481     +Innovative Merchant Services,   26520 Agoura Road,   Calabasas, CA 91302-1921
11046482     +John Stokes,   110 S. Columbia Drive, #11,   Decatur, GA 30030-5318
11046483     +Jose Martinez,   44 Pearl Lane,   Atlanta, GA 30341-2966
11046484     +Kenneth Krell,   176 Peachtree Circle,   Atlanta, GA 30309-3220
11046485      Labor Finders,   P.O. Box 1184,   Forest Park, GA 30298-1184
11046486     +Mouser & Mouser, P. A.,   1032 9th Street North,   Saint Petersburg, FL 33705-1101
11046487     +Northwest Exterminating,   830 Kennesaw Avenue,   Marietta, GA 30060-1003
11046488      Peachtree Emergency Physicians,   P.O. Box 281114,   Atlanta, GA 30384-1114
11046489     +Piedmont Healthcare,   Paces West Two,   Suite 1000,   2727 Paces Ferry Road,
               Atlanta, GA 30339-4053
11046490      Piedmont Hospitalist Physicians LLC,   P.O. Box 116984,   Atlanta, GA 30368-6984
11046491     +Radiology Associates of Dekalb PC,   1190 W. Druid Hills Drive, NE,   #T-75,
               Atlanta, GA 30329-2142
11046492     +Stock Building Supply,   2865 Log Cabin Drive, SE,   Smyrna, GA 30080-7068
11046493      Suntrust Mortgage, Inc.,   1001 Semmes Avenue, Suite 600,   Richmond, VA 23224-2245
11046500     +WF Financial Bank,   3201 N. 4th Avenue,   Sioux Falls, SD 57104-0700
11046495     +Wachovia Bank, N.A.,   c/o Focus Receivables Management,   1130 Northchase Parkway, Suite 150,
               Marietta, GA 30067-6429
11046496     +Wachovia Bank, NA,   c/o AllianceOne Receivables Management,   7311 Quality Circle Drive,
               Anderson, IN 46013-2014
11046497     +Wachovia Card Services, NA,   Central Bankruptcy Dept.,   VA 7359,   P.O. Box 13765,
               Roanoke, VA 24037-3765
11046498     +Washington Mutual,   1215 Caroline Street,   Suite H,   Atlanta, GA 30307-2775
11046499      Wells Fargo Auto Finance,   P.O. Box 29704,   Phoenix, AZ 85038-9704
```

```
District/off: 113E-9           User: goryy              Page 2 of 2              Date Rcvd: Apr 07, 2009
Case: 08-85264                 Form ID: 182             Total Served: 69

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Apr 07, 2009.
11046459       EDI: AMEREXPR.COM Apr 07 2009 19:33:00      American Express,   P.O. Box 297814,
               Fort Lauderdale, FL 33329-7814
11046457       EDI: AMEREXPR.COM Apr 07 2009 19:33:00      American Express,   P.O. Box 297871,
               Fort Lauderdale, FL 33329-7871
11046458       EDI: AMEREXPR.COM Apr 07 2009 19:33:00      American Express,   P.O. Box 297879,
               Fort Lauderdale, FL 33329-7879
11046466       EDI: BMWFINANCIAL.COM Apr 07 2009 19:33:00    BMW Financial Services,   5550 Britton Parkway,
               Hilliard, OH 43026-7456
11046465       EDI: BANKAMER.COM Apr 07 2009 19:33:00      Bank of America,   P.O. Box 1390,
               Norfolk, VA 23501-1390
11046469       EDI: CHASE.COM Apr 07 2009 19:34:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
11046468      +EDI: CHASE.COM Apr 07 2009 19:34:00      Chase,   800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
11046474       EDI: DISCOVER.COM Apr 07 2009 19:34:00      Discover Card,   P.O. Box 30943,
               Salt Lake City, UT 84130
11046477       EDI: FORD.COM Apr 07 2009 19:33:00      Ford Motor Credit,   National Bankruptcy Service Center,
               P.O. Box 537901,   Livonia, MI 48153-7901
11046476       EDI: FORD.COM Apr 07 2009 19:33:00      Ford Motor Credit,   P.O. Box 105697,
               Atlanta, GA 30348-5697
11046479       EDI: RMSC.COM Apr 07 2009 19:33:00      GEMB / Lowes,   P.O. Box 981416,   El Paso, TX 79998-1416
11046494       EDI: FUNB.COM Apr 07 2009 19:33:00      Wachovia Bank, N.A.,   P.O. Box 50014 VA7372,
               Roanoke, VA 24040-0014
11046500      +EDI: WFFC.COM Apr 07 2009 19:33:00      WF Financial Bank,   3201 N. 4th Avenue,
               Sioux Falls, SD 57104-0700
11046501       EDI: WFNNB.COM Apr 07 2009 19:33:00      WFNNB / Express,   P.O. Box 182125,
               Columbus, OH 43218-2125
11046499       EDI: WFFC.COM Apr 07 2009 19:33:00      Wells Fargo Auto Finance,   P.O. Box 29704,
               Phoenix, AZ 85038-9704
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
               Atlanta, GA  30326-1420
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2009**                    **Signature:**    _/s/ Joseph Speetjens_