```
                                               ENTERED ON DOCKET
                                               OCTOBER 22, 2009
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN R. FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| GLENN R. FAVRE, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| SUNTRUST MORTGAGE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DENYING EMERGENCY MOTION**

On October 13, 2009, Debtor filed an *Emergency Motion for Injunctive Relief and Summary Judgment* [Doc. No. 32] (the "Motion"). Handwritten in the caption is "Wilful (sic) violation 362(b)." The motion itself is incomplete, unclear and not signed by Debtor. Attached to the Motion is a pleading apparently filed in a Florida court.

Debtor received a Chapter 7 discharge April 7, 2009. The discharge injunction of 11 U.S.C. §524 arises upon the entry of a debtor's discharge and replaces the automatic stay of 11 U.S.C. §362(a). Section 362(b) is a list of matters to which the automatic stay of §362(a) does ***not*** apply.

Due to the paucity of information and reasoning in the Motion and the inapplicability of the Bankruptcy Code section cited in the motion, the relief sought and the nature of the emergency are unclear; accordingly, it is hereby

**ORDERED** that the Motion is *denied* without prejudice.

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, counsel for Debtor, Respondent, counsel for Respondent, and the Chapter 13 Trustee.

IT IS SO ORDERED, this the 22d day of October, 2009.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: dopsonp              Page 1 of 1        Date Rcvd: Oct 22, 2009
Case: 08-85264                 Form ID: pdf576            Total Noticed: 6

The following entities were noticed by first class mail on Oct 24, 2009.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
aty          +Monica K. Gilroy,   Dickenson Gilroy LLC,   Corporate Office - Suite 140,   3780 Mansell Road,
              Alpharetta, GA 30022-1595
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
11046493      Suntrust Mortgage, Inc.,   1001 Semmes Avenue, Suite 600,   Richmond, VA 23224-2245

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
               Atlanta, GA  30326-1420
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2009**              **Signature:** _Joseph Speetjens_