# United States Bankruptcy Court
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: **08 85264 MHM** |
| GLENN R. FAVRE, | ) | |
| Debtor, | ) | Chapter 7 |

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC. | ) | |
| Movant | ) | OCT 30 2009 PM03:19 |
| vs. | ) | |
| GLENN R. FAVRE, | ) | |
| Respondent. | ) | |

## MOTION FOR EMERGENCY HEARING

COMES now Debtor, Glenn Favre, a Georgia resident, (Debtor or "Favre") request an emergency hearing by Honorable Judge Margret Murphy, United States District Court of the Northern District of Georgia, who presided over the proceedings of the estate for Glenn Favre.

1. To enter a Judgment in favor of Glenn Favre, under Section BLR 7056-1. Motions for Summary Judgment against SunTrust Mortgage, Inc.
2. The case of SunTrust v. Glenn Favre – Defendant/Co-Plaintiff and Cox Lumber Co., has been before this court during the bankruptcy case of Glenn Favre.
3. The Plaintiff in this matter is not the Company that the Residential Construction Loan was obtained from.
4. Despite an objection by Mr. Glenn Favre to Mr. Gregory Hayes, the trustee for the estate, about discharging the bankruptcy and asking that the Court assist with the litigation to ensure that the Creditors stating that he did not want to have the

1

bankruptcy discharged and asked for the courts to go and get the monies that is owed to the Co-Plaintiff.

5. Mr. Hayes, the Trustee looked over the case and determined that it would not benefit the creditors, so did not pursue this case, because of the fraudulent activities that surrounded the case.
6. Specifically that of SunTrust Mortgage, inc, Florida Title Company, aka Chicago Title,
7. This court did allow the discharged and closed the estate.
8. In the Trustee's report, there were no assets to disperse to the creditors, whereas the Court allowed the debtor to retain all the assets when the and the deeds to the properties.
9. Did not lift the Stay of Bankruptcy for SunTrust Mortgage attorney Monika Gilroy of Dickenson Gilroy,
10. Monica Gilroy attempted to schedule the hearing three times and never allowed to move on the foreclosure because of the fraudulent deed transfers into the Debtor's name.
11. SunTrust has re-filed a case against John Stokes and Scott Bennett In February 25, 2009 Seeking to foreclosure on the residential mortgage properties along with seeking the deficiency of the 30 year speculative amortized, over appraised value based off of a fraudulent appraisal.
12. The court discharged the mezzanine level financing that was not disclosed on all three properties.
13. The debt for the investment properties was discharged along with the loans of the other two properties that the Debtor had interest in of the Debtors business partners John Stokes and Scott Bennett.
14. Alice Honeycutt Esq., foreclosure attorney for SunTrust Mortgage, has violated the **Reverse Civil False Claims Act of May 20, 2009**. Mr. Honeycutt has stated in her complaint the properties were owed by the Debtor at the time and prior to the note, when in fact the tax records prove that the property was owned by Urban Craftsman Homes of Florida, LLC CO Andre Sanders, Registered Agent 2435 Central Avenue St. Petersburg, FL 33712.

2

15. The product that was sold to the Debtor was a Construction-to-Perm Loan..
16. In that of SunTrust fiduciary responsibility to perform the do diligence they allowed the false loan application to be utilized along with a second set of blank documents to be presented to the Automated Underwriting (AU) so the maximum amount could be obtained.
17. The loan was executed on August 8, 2005 and recorded on Aug 22, 2005 Fourteen days after the second part of the mezzanine level financing, as a mortgage. The mortgage was not supposed to be executed until after a certificate of occupancy had been issued although the loan and mortgage had actually been running prior to the closing of the Debtors Construction-to-Perm loan since 2002.
18. . To this date there is still not C/O for the properties. July 10,2009, the Power of Attorney, Andre Keith Sanders signed a loan agreement for the construction, abusing his POA. The POA had not been valid or even executed until July 20, 2005 and expired August 31,2005. The POA was only to be utilized for the sole purpose of closing the Construction-to-Perm loan for the investment properties. An Affidavit of a Durable Power of Attorney was signed fraudulently by Tracey Griffin of Florida Title, allowing Sanders to return to the bank two years after the loan period and withdrawal approximately one million dollars on a Residential Cash-out equity refinance mortgage as SunTrust had falsely filed and is foreclosing on.
19. The amount of monies that were dispersed were in fact $498,000.00 on the Debtors property and
20. The Hud-1 received by the Debtor during the last two years of attempting in good faith to finish the New Construction. The Hud-1 shows that there is a LIP (Loan In Process) of $248,000.00 and cash from borrower would be $253,000.00. The properties were purchased by Urban Craftsman Homes of Florida, LLC four days prior to the Debtor transfer with no disclosed to the debtor and for half the price, The true intent of the loan was that of an investment property.

WHEREFORE, Counter-Plaintiff Glenn R. Favre requests this Court enter A SUMMARY JUDGEMENT in Favre's favor on it claim for **BREACH OF FIDUCIARY DUTY, NEGLIGENT MISREPRESENTATION, USURY, EXTORTION**, award damages in an amount of **$112,000,000.00** (calculated from the violations of RESPA, TILA, and REGULATION Z, per violation per property that Favre is a member of, and further asks that this Court award Favre all of his costs and any further relief which this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Alice R. Huneycutt, Esquire, STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., SUNTRUST Financial Centre, Suite 2200, 401 E. Jackson Street, P. O. Box 3299, Tampa, FL 33601, and by facsimile to (813) 222-5089, this September 3, 2009.

Glenn Favre pro se
110 South Columbia Drive #11
Decatur, Georgia 30030
4048223031

4