Form 210A (10/06)

# United States Bankruptcy Court

NORTHERN District Of GEORGIA

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 12 2009 PM04:25

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

In re GLENN ROYCE FAVRE    ,    Case No. 08-85264-MHM

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

GLENN ROYCE FAVRE
Name of Transferee

GREGORY HAYS, U.S. TRUSTEE
Name of Transferor

Name and Address where notices to transferee should be sent:

110 S COLUMBIA DR 11
DECATRUR, GA 30030

Phone: 404-373-1137
Last Four Digits of Acct #: NA

Court Claim # (if known): 09-9069
Amount of Claim: TITLE 153,000.00
Date Claim Filed: 10/14/09

Phone: 1-800-SUN-TRUST
Last Four Digits of Acct. #: NA

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: November 12, 2009
Transferee/Transferee's Agent
FAVRE & BENNETT, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

American LegalNet, Inc.
www.FormsWorkflow.com

Form 210B (10/06)

# United States Bankruptcy Court

_Northern_ District Of _Georgia_

In re _Glenn Roy Favre_,    Case No. _08-85264-mhm_

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _09-9069_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _11/12/09_ (date).

_Glenn R. Favre_
Name of Alleged Transferor

_Gregory Heyd_
Name of Transferee

Address of Alleged Transferor:

Address of Transferee:

---DEADLINE TO OBJECT TO TRANSFER---

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: **FILED NOV 12 2009**

**CLERK OF THE COURT**

American LegalNet, Inc.
www.FormsWorkflow.com

B6A (Official Form 6A) (12/07)

In re **Glenn Royce Favre** _____,    Case No. _____
                          Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| house & lot @ 6240 Lakeview Court Rex, GA 30273 | titled to debtor | H | 130,000.00 | 110,693.00 |
| house under construction & lot @ 1914 E. Columbus Drive Tampa, FL 33605 | titled to debtor | H | 153,000.00 | 253,500.00 |

Attachment C

|  | Sub-Total > | 283,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 283,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy