United States Bankruptcy Court
Northern District of Georgia

In Re: Glenn Rowe

08 85264 mhm

Hon. Margaret Murphy

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 09 2009 PM 04:20

M. REGINA THOMAS
CLERK
BY: _____ DEPUTY CLERK

Motion to ReOpen Case

I Glenn R. Rowe request to open Chp. 7 to convert to Ch. 11 with Proposed Plan.

The Debtor request Pauper Status for this filing fee of $260.00.

_____ Pro Se