United States Bankruptcy Court
Northern District of Georgia

In Re: Glenn Rauer

08 85264 mhm

Honr. Margaret Murphy

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

M. REGINA THOMAS
CLERK
BY: DEPUTY CLERK

DEC 09 2009 PM 04:20

Motion to ReOpen Case

I Glenn R. Rauer request to open chp. 7 to convert to Ch. 11 with Proposed Plan.

The Debtor request Pauperis Status for this filing fee of $260.00.

Pro Se.