Official Form 17
(12/04)

*FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA*

# United States Bankruptcy Court

*DEC 09 2009 PM04:21*

NORTHERN _____ **District Of** GEORGIA _____

*M. REGINA THOMAS
CLERK

BY _____
DEPUTY CLERK*

In re  GLENN ROYCE FAVRE _____
_____ Debtor

Case No. 08-85264-MHM _____

Chapter 727 FILED _____

## NOTICE OF APPEAL

### FROM THE JUDGEMENT, ORDER, OR DECREE OF BANKRUPTCY JUDGE

GLENN ROYCE FAVRE _____ ,the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceedhig, describe type*] on the ___14___ day of ___October___  ___2009___
_____(month)_____(year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: *I also would request bon pauper status for filing fee be waived*

Dated:  November 27, 2009 _____

Signed: X _____
_____ Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name:  GLENN ROYCE FAVRE, PRO-SE _____

Address: 110 S COLUMBIA DR 11 _____

DECATUR, GA 30030 _____

Telephone No: 404-373-1137 _____

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by Piling a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant. and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reforin Act of 1994, no fee is required.*

American LegalNet, Inc.
www.USCourtForms.com

3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cox Lumber Co., a Florida Corporation, d/b/a HD Supply Lumber & Building Materials vs. Urban Craftsman Homes of Florida, LLC, George H. McKelvin, III, et al, Case No.07-CA-007640 | Motion for Final Summary Judgment of Foreclosure of Construction Lien Against Defendant, Glenn Favre | Circuit Court of the Thirteenth Judicial Circuit In and for Hillsborough County, Florida | judgment entered; foreclosure pending for 12/10/08 |
| Top to Bottom Renovations, LLC, Glenn Favre vs. John Macklin Family Trust Case No. 08MS084709 | collection suit / motion to Vacate and Set Aside Judgment or Dismissal & Affidavit | Magistrate Court of Fulton County | filed 11/26/08 |
| WRDV Inc d/b/a Labor Finders vs. Top to Bottom Renovations, LLC Case No. 08MC56862 | collection suit | Magistrate Court of DeKalb County | filed 10/23/08 pending |
| Suntrust Mortgage, Inc., a Virginia Corporation, vs. Glenn R. Favre, and Cox Lumber Co., d/b/a HD Supply Lumber & Building Materials a/k/a HD Supply - LBM Cox Lumber Co. Case No. 08-17979 | Complaint to Foreclosure | Circuit Court of the Thirteenth Judicial Circuit In and for Hillsborough County, Florida | pending |
| Glenn R. Favre vs. Kenneth Krell Case No. 08-EV-005111J | collection suit | State Court of Fulton County | pending |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ford Motor Credit P.O. Box 105697 Atlanta, GA 30348-5697 | 10/24/2008 | 2008 Ford F150 Midbox FMV $28,000 |
| Ford Motor Credit P.O. Box 105697 Atlanta, GA 30348-5697 | 10/24/2008 | leased 2008 Ford F150 Lariat $36,000.00 |

7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Top to Bottom Renovations, LLC | | 110 S. Columbia Drive, #11 Decatur, GA 30030 | home remodeling | 2005 to present |
| Well Hung Galleries, Inc. | | 110 S. Columbia Drive, #11 Decatur, GA 30030 | online art gallery | 11/2007 to present |
| Favre & Bennett, LLC | | 3827 Chattahoochee Summit Drive Atlanta, GA 30339 | debtor is member with Allen Scott Bennett 50 - 50 ownership | 2/18/05 to present |
| 1816 15th Ave., LLC | | 5122 31st Avenue, S Saint Petersburg, FL 33707 | debtor is member with John Stokes & Allen Scott Bennett (no value) 33.33%,zA 33.34%, 33.33%; respectively | 11/2/05 - administratively dissolution 9/26/08 |
| 1914 Columbus Drive, LLC | | 5122 31st Avenue S Saint Petersburg, FL 33707 | debtor is member with Allen Scott Bennett (no value) | 8/23/06 - administrative dissolution on 9/26/08 |
| Lot 14 Essex, LLC | | 6240 Lakeview Court Rex, GA 30273 | debtor is member with Allen Scott Bennett | 10/5/2005 - administrative dissolution on 9/15/6006 |

None
■

b. Identify any business listed in response to subdivision a., above, *that is "single asset real estate" as defined in* 11 U.S.C. § 101.

NAME                                                  ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Linda Salmans, CPA<br>6/2007 to present | Accounting for Small Business<br>1404 Cobb Branch Drive<br>Decatur, GA 30032 |
| Carpenter & Company, CPAs, PC | 275 Corporate Center Drive, Suite F<br>Stockbridge, GA 30281 |

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|--------------------------------------------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|-------------------|---------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| Glenn Favre<br>6240 Lakeview Court<br>Rex, GA 30273 | CEO | 90% (Top to Bottom Renovations, LLC) |
| Dale Capelouto<br>6240 Lakeview Court<br>Rex, GA 30273 | Secretary | 10% (Top to Bottom Renovations, LLC) |

B6B (Official Form 6B) (12/07)

In re   **Glenn Royce Favre** _____   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking - Wachovia** | H | 25.00 |
| | | | **Top to Bottom Renovations, LLC business checking - Wachovia** | H | 10.00 |
| | | | **Top to Bottom Renovations, LLC business checking - Washington Mutual** | H | 0.00 |
| | | | **checking - Washington Mutual** | H | 0.00 |
| | | | **checking - Bank of America** | H | 0.00 |
| | | | **savings - Wachovia** | H | 10.00 |
| | | | **savings - Bank of America** | H | 50.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household goods** | H | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **paintings, books & cds** | H | 300.00 |
| 6. | Wearing apparel. | | **clothing** | H | 400.00 |
| 7. | Furs and jewelry. | | **jewelry** | H | 300.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **camera** | H | 500.00 |

Sub-Total >          4,595.00
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Glenn Royce Favre**                                                                Case No. _____
                                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
*(Continuation Sheet)*

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA | H | 90.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Top to Bottom Renovations, LLC and Well Hung Gallieries, Inc. - no cash value | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Ken Krell | H | 94,000.00 |
| | | John Macklin | H | 8,000.00 |
| | | Don Holt | H | 35,000.00 |
| | | Craig Dodd | H | 10,000.00 |
| | | Rodney Hinote | H | 60,000.00 |
| | | Kim Avant | H | 6,000.00 |
| | | Bill Morh | H | 6,000.00 |
| | | William Moon | H | 15,000.00 |
| | | Malissa Benton | H | 5,000.00 |

|  |  |
|---|---|
| Sub-Total > | 239,090.00 |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Glenn Royce Favre**                                                      Case No. _____
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | possible legal action against Suntrust Mortgage, Inc. and Andre Keith Sanders for construction / mortgage scam | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Ford F350 | H | 15,000.00 |
| | | 2008 Ford F150 Midbox | H | 26,000.00 |
| | | leased 2008 Ford F150 Lariat | H | 36,000.00 |
| | | leased 2007 BMW X3 | H | 25,000.00 |

Sub-Total >          **102,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Glenn Royce Favre**                                      Case No. _____
                                                                      _____
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **saws, ladders, paint sprayers, hand tools, nailguns, trailer & compressor** | H | **1,500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **1,500.00** |
| Total > | **347,185.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Glenn Royce Favre_____,          Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. xxxxxxxxx7401 <br><br> Americas Servicing Company <br> 7485 New Horizon Way <br> Frederick, MD 21703 | | | | | H | 2/1/2004 <br><br> First Mortgage <br><br> house & lot @ <br> 6240 Lakeview Court <br> Rex, GA  30273 | | | | | |
| | | | | | | Value $          130,000.00 | | | | 110,693.00 | 0.00 |
| Account No. xx0091 <br><br> BMW Financial Services <br> 5550 Britton Parkway <br> Hilliard, OH 43026-7456 | | | | | H | 12/1/2007 <br><br> title lien <br><br> leased 2007 BMW X3 | | | | | |
| | | | | | | Value $           25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. <br><br> Cox Lumber d/b/a <br> HD Supply Lumber & Building Materials <br> c/o Mouser & Mouser, PA <br> 1032 9th Street North <br> Saint Petersburg, FL 33705 | | | | | H | 2005 <br><br> judgment & construction lien <br><br> house under construction & lot @ <br> 1914 E. Columbus Drive, <br> Tampa, FL  33605; business debt | | | | | |
| | | | | | | Value $          153,000.00 | | | | 3,500.00 | 3,500.00 |
| Account No. <br><br> Ford Motor Credit <br> P.O. Box 105697 <br> Atlanta, GA 30348-5697 | | | | | H | title lien  (surrender) <br><br> 2008 Ford F150 Midbox; business debt | | | | | |
| | | | | | | Value $           26,000.00 | | | | 28,000.00 | 2,000.00 |

___1___   continuation sheets attached

Subtotal
(Total of this page)

| 167,193.00 | 5,500.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Glenn Royce Favre**                                                      Case No. _____

                                     Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx7028 | | | title lien  (surrender) | | | | | |
| Ford Motor Credit National Bankruptcy Service Center P.O. Box 537901 Livonia, MI 48153-7901 | | H | leased 2008 Ford F150 Lariat; business debt | | | | | |
| | | | Value $          36,000.00 | | | | 36,000.00 | 0.00 |
| Account No. xxxxxx6214 | | | First Mortgage / Construction Loan | | | | | |
| Suntrust Mortgage, Inc. 1001 Semmes Avenue, Suite 600 Richmond, VA 23224-2245 | | H | house under construction & lot @ 1914 E. Columbus Drive; business debt Tampa, FL 33605 | | | | | |
| | | | Value $        153,000.00 | | | | 250,000.00 | 97,000.00 |
| Account No. xxxxxxxx4408 | | | 8/1/2007 | | | | | |
| Wells Fargo Auto Finance P.O. Box 29704 Phoenix, AZ 85038-9704 | | H | title lien  2002 Ford F350; business debt | | | | | |
| | | | Value $          15,000.00 | | | | 18,966.00 | 3,966.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 304,966.00 | 100,966.00 |
| Total (Report on Summary of Schedules) | 472,169.00 | 106,466.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Glenn Royce Favre**                                                                      Case No. _____
                                                                                         
—————————————————————————————————
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ *Taxes and certain other debts owed to governmental units*

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                   **0**    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Glenn Royce Favre**                                                    Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx6 & 205** | | | | | accounting services; business debt | | | | |
| **Accounting 4 Small Businesses** **1404 Cobb Branch Drive** **Decatur, GA 30032** | | H | | | | | | | 10,000.00 |
| Account No. **xxxxxxx648PA0** | | | | | 11/1/2006 student loan | | | | |
| **AES** **P.O. Box 2461** **Harrisburg, PA 17105** | | H | | | | | | | 10,644.00 |
| Account No. **xxxxxxx648PA0** | | | | | student loan | | | | |
| **AES** **P.O. Box 2461** **Harrisburg, PA 17105** | | H | | | | | | | 12,285.00 |
| Account No. **xxxxxxxx6399** | | | | | 12/1/2005 credit card purchases; business debt | | | | |
| **American Express** **P.O. Box 297871** **Fort Lauderdale, FL 33329-7871** | | H | | | | | | | 1,276.00 |
| __9__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 34,205.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn Royce Favre**                                                    Case No. _____

_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxx6403 | | | | | 12/1/2005 credit card purchases; business debt | | | | |
| American Express P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | H | | | | | | | 548.00 |
| Account No. xxxxxxxx7296 | | | | | 2/1/2005 credit card purchases; business debt | | | | |
| American Express P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | H | | | | | | | 4,319.00 |
| Account No. | | | | | credit card purchases; business debt | | | | |
| American Express P.O. Box 297879 Fort Lauderdale, FL 33329-7879 | | H | | | | | | | 25,000.00 |
| Account No. xxxx-xxxxxx-x2001 | | | | | credit card purchases; business debt | | | | |
| American Express P.O. Box 297814 Fort Lauderdale, FL 33329-7814 | | H | | | | | | | 21,098.00 |
| Account No. xxxx-xxxxxx-x2001 | | | | | NOTICE ONLY - already listed | | | | |
| American Express c/o Zwicker & Associates, PC 80 Minuteman Road Andover, MA 01810-1031 | | H | | | | | | | 0.00 |

Sheet no.  **1**  of  **9**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,965.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn Royce Favre**                                            Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx2398<br><br>**American Express Publishing**<br>P.O. Box 1334<br>Des Plaines, IL 60017-1334 | | H | account; business debt | | | | 69.00 |
| Account No.<br><br>**American Society of Media Photographers**<br>150 North Second Street<br>Philadelphia, PA 19106 | | H | membership dues; business debt | | | | 168.00 |
| Account No.<br><br>**Atlanta Dental Group, PC**<br>1824 Piedmont Avenue, NE<br>Atlanta, GA 30324-5240 | | H | medical services | | | | 139.00 |
| Account No. xxxx-xxxx-xxxx-8175<br><br>**Bank of America**<br>P.O. Box 1390<br>Norfolk, VA 23501-1390 | | H | 2/1/2008<br>credit card purchases | | | | 576.00 |
| Account No. xxxx-xxxx-xxxx-5356<br><br>**Capital One Bank (USA), NA**<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | | H | 12/0/2001<br>credit card purchases; business debt | | | | 5,403.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,355.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn Royce Favre**                                          Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | credit card purchases; business debt | | | | |
| Capital One Bank (USA), NA P.O. Box 30285 Salt Lake City, UT 84130-0285 | | H | | | | | | 1,000.00 |
| Account No. xxxx0420 | | | | 10/1/2006 credit card purchases; business debt | | | | |
| Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | H | | | | | | 12,057.00 |
| Account No. | | | | credit card purchases; business debt | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | 10,000.00 |
| Account No. xxxx1601 | | | | 7/1/2006 credit card purchases; business debt | | | | |
| Citi Cards Box 6500 Sioux Falls, SD 57117-6500 | | H | | | | | | 20,343.00 |
| Account No. | | | | account; business debt | | | | |
| Dale Capelouto c/o EMC Search, LLC 110 S. Columbia, #11 Decatur, GA 30030 | | H | | | | | | 30,000.00 |

Sheet no. _3_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,400.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn Royce Favre**                                          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Gxxxx9687<br><br>Dekalb Emergency Physicians<br>1601 Cummins Drive, Suite D-G01<br>Modesto, CA 95358-6403 | | H | 10/21/08<br>medical services | | | | 306.00 |
| Account No. xxxx0042<br><br>Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | H | 3/1/2005<br>credit card purchases; business debt | | | | 7,651.00 |
| Account No. xxx7523<br><br>Extra Space Storage<br>Atlanta - Virginia Ave<br>600 Virginia Avenue, NE<br>Atlanta, GA 30306 | | H | storage fees | | | | 192.00 |
| Account No.<br><br>Ford Motor Credit<br>P.O. Box 105697<br>Atlanta, GA 30348-5697 | | H | deficiency balance on 2008 Ford F150 Midbox; business debt | | | | Unknown |
| Account No. xxxxxxxxxxx0656<br><br>GE Money Bank / Stock Building Supply<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA 30076 | | H | construction supplies; business debt | | | | 4,157.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,306.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn Royce Favre**                                                   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-0751 | | | 3/1/2007 credit card purchases; business debt | | | | |
| GEMB / Lowes P.O. Box 981416 El Paso, TX 79998-1416 | | H | | | | | 4,283.00 |
| Account No. | | | attorney fees | | | | |
| Hoppe Collins & Ojeda, LLC Attorneys at Law 1827 Powers Ferry Road, SE Building 7, Suite 350 Atlanta, GA 30339 | | H | | | | | 2,500.00 |
| Account No. xxx0082 | | | 7/1/2007 collection account; business debt | | | | |
| Innovative Merchant Services 26520 Agoura Road Calabasas, CA 91302 | | H | | | | | 6,000.00 |
| Account No. | | | outstanding rent & utilities | | | | |
| John Stokes 110 S. Columbia Drive, #11 Decatur, GA 30030 | | H | | | | | 27,833.00 |
| Account No. | | | account; business debt | | | | |
| Jose Martinez 44 Pearl Lane Atlanta, GA 30341 | | H | | | | | 5,000.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      45,616.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __Glenn Royce Favre_____,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>Kenneth Krell<br>176 Peachtree Circle<br>Atlanta, GA 30306 | | H | | construction dispute; business debt | | | X | 45,000.00 |
| Account No.<br><br>Labor Finders<br>P.O. Box 1184<br>Forest Park, GA 30298-1184 | | H | | lawsuit & countersuit; business debt | | | X | 15,000.00 |
| Account No.<br><br>Mouser & Mouser, P. A.<br>1032 9th Street North<br>Saint Petersburg, FL 33705 | | H | | attorney fees; business debt | | | | Unknown |
| Account No. xxx3026<br><br>Northwest Exterminating<br>830 Kennesaw Avenue<br>Marietta, GA 30060 | | H | | pest management service | | | | 50.00 |
| Account No. xx000-0<br><br>Peachtree Emergency Physicians<br>P.O. Box 281114<br>Atlanta, GA 30384-1114 | | H | | 10/25/2008<br>medical services | | | | 395.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of      Subtotal      60,445.00
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Glenn Royce Favre**                                    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | medical services | | | | |
| **Piedmont Healthcare** Paces West Two Suite 1000 2727 Paces Ferry Road Atlanta, GA 30339 | | H | | | | | | | 14,000.00 |
| Account No. xxxxxxxxxxxxx7738 | | | | | 10/25/08 medical services | | | | |
| **Piedmont Hospitalist Physicians LLC** P.O. Box 116984 Atlanta, GA 30368-6984 | | H | | | | | | | 246.00 |
| Account No. RADxxxxx7256 | | | | | 10/21/08 medical services | | | | |
| **Radiology Associates of Dekalb PC** 1190 W. Druid Hills Drive, NE #T-75 Atlanta, GA 30329-2121 | | H | | | | | | | 88.00 |
| Account No. | | | | | construction supplies; business debt | | | | |
| **Stock Building Supply** 2865 Log Cabin Drive, SE Smyrna, GA 30080 | | H | | | | | | | 4,500.00 |
| Account No. xxxxxxxxx7705 | | | | | overdrawn business checking account | | | | |
| **Wachovia Bank, N.A.** P.O. Box 50014  VA7372 Roanoke, VA 24040-0014 | | H | | | | | | | 3,722.00 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,556.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Glenn Royce Favre**                                                                 Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx7705 <br><br> Wachovia Bank, N.A. <br> c/o Focus Receivables Management <br> 1130 Northchase Parkway, Suite 150 <br> Marietta, GA 30067 | | H | NOTICE ONLY - already listed | | | | 0.00 |
| Account No. xxxxxxxxxx4123 <br><br> Wachovia Bank, NA <br> c/o AllianceOne Receivables Management <br> 7311 Quality Circle Drive <br> Anderson, IN 46013 | | H | overdrawn account; business debt | | | | 3,012.00 |
| Account No. xxxx-xxxx-xxxx-1384 <br><br> Wachovia Card Services, NA <br> Central Bankruptcy Dept. <br> VA 7359 <br> P.O. Box 13765 <br> Roanoke, VA 24037 | | H | 1/2007 <br> credit card purchases; business debt | | | | 11,170.00 |
| Account No. xxxxxxx8890 <br><br> Washington Mutual <br> 1215 Caroline Street <br> Suite H <br> Atlanta, GA 30307 | | H | overdrawn personal checking account | | | | 1,000.00 |
| Account No. xxxxxx0403 <br><br> Washington Mutual <br> 1215 Caroline Street <br> Suite H <br> Atlanta, GA 30307 | | H | overdrawn business checking account | | | | 1,100.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  16,282.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Glenn Royce Favre**                  Case No. _____

                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-9948 | | | 9/1/2008 | | | | |
| WF Financial Bank 3201 N. 4th Avenue Sioux Falls, SD 57104 | | H | credit card purchases; business debt | | | | 3,292.00 |
| Account No. xxxxx6283 | | | credit card purchases | | | | |
| WFNNB / Express P.O. Box 182125 Columbus, OH 43218-2125 | | H | | | | | 554.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal          **3,846.00**
                (Total of this page)

                             Total       **325,976.00**
      (Report on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Glenn Royce Favre                                                          Case No. _____
                        _____
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and
complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **BMW Financial Services**<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 | 24 month lease beginning 12/1/2007<br>$558.00 monthly payment |
| **Ford Motor Credit**<br>P.O. Box 105697<br>Atlanta, GA 30348-5697 | leased 2008 Ford F150 Lariat<br>expires 5/7/2010 |

    0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Glenn Royce Favre**                                      Case No. _____

_____
                        Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Glenn Royce Favre**                                                                     Case No. _____
                                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **contractor** | |
| Name of Employer | **Top to Bottom Renovations, LLC** | |
| How long employed | **3 years** | |
| Address of Employer | **110 S. Columbia Drive, #11 Decatur, GA 30030** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | | SPOUSE | |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b.  Insurance | $ | 0.00 | $ | N/A |
|     c.  Union dues | $ | 0.00 | $ | N/A |
|     d.  Other (Specify): _____ | $ | 0.00 | $ | N/A |
|  | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): _____ | $ | 0.00 | $ | N/A |
|  | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): _____ | $ | 0.00 | $ | N/A |
|  | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   __Glenn Royce Favre_____     Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 864.00 |
| a. Are real estate taxes included? | Yes _X_   No ___ | |
| b. Is property insurance included? | Yes _X_   No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment**_____ | $ | 455.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 430.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 750.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 500.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,784.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,784.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,784.00 |

B6J (Official Form 6J) (12/07)

In re ___Glenn Royce Favre_____     Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

Other Utility Expenditures:

| | |
|---|---|
| telephone & cable | $ 100.00 |
| cell phone | $ 290.00 |
| trash | $ 25.00 |
| security | $ 40.00 |
| Total Other Utility Expenditures | $ 455.00 |

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta

In re  Glenn Royce Favre

Debtor(s)

Case No.

Chapter  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Americas Servicing Company** | **Describe Property Securing Debt:**<br>**house & lot @**<br>**6240 Lakeview Court**<br>**Rex, GA  30273** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**BMW Financial Services** | **Describe Property Securing Debt:**<br>**leased 2007 BMW X3** |
|---|---|

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

---

**Property No. 3**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Cox Lumber d/b/a | house under construction & lot @ |
| | 1914 E. Columbus Drive, |
| | Tampa, FL  33605; business debt |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 4**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Ford Motor Credit | 2008 Ford F150 Midbox; business debt |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

**Property No. 5**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Ford Motor Credit | leased 2008 Ford F150 Lariat; business debt |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Suntrust Mortgage, Inc.** | **Describe Property Securing Debt:**<br>house under construction & lot @<br>1914 E. Columbus Drive; business debt<br>Tampa, FL  33605 |

Property will be (check one):
- ☒ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ☒ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Auto Finance** | **Describe Property Securing Debt:**<br>**2002 Ford F350; business debt** |

Property will be (check one):
- ☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)**

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                                    Page 4

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.

Date  **December 9, 2008**                           Signature  **/s/ Glenn Royce Favre**
                                                                 **Glenn Royce Favre**
                                                                 Debtor

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta

In re   Glenn Royce Favre                          Case No. _____

_____
Debtor(s)                    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 3,000.00 |

2.  The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **If this case is a Chapter 13, I have explained and provided the Debtor with a copy of the "Rights and Responsibilities Statement Between Chapter 13 Debtors and Their Attorneys."**

         **If this is an Atlanta Division Case, Debtor consents to Susan Gantt, Atty attending the 341 Meeting of Creditors. If this is an Rome Division Case, Debtor consents to Annette Drennon, Atty attending the 341 Meeting of Creditors. If this is an Gainesville Division Case, Debtor consents to Robert Barcus, Atty attending the 341 Meeting of Creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the Debtor in adversary proceedings and contested matters.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 9, 2008** _____      **/s/ Angela Little Hamilton** _____
                                                    **Angela Little Hamilton 454087**
                                                    **A. L. Hamilton & Associates, LLC**
                                                    **543 E. Lanier Avenue**
                                                    **Fayetteville, GA 30214**
                                                    **(770) 716-0140  Fax: (770) 716-0640**
                                                    **angelalham@yahoo.com**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta

In re    Glenn Royce Favre _____    Case No. _____

_____ Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 283,000.00 | | |
| B - Personal Property | Yes | 4 | 347,185.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 472,159.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 325,976.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,784.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 630,185.00 | | |
| Total Liabilities | | | | 798,135.00 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta

In re    **Glenn Royce Favre**

Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

*This information is for statistical purposes only under 28 U.S.C. § 159.*

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta

In re   __Glenn Royce Favre_____     Case No. _____
                                                    _Debtor(s)_          Chapter   __7_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __December 9, 2008_____        Signature   __/s/ Glenn Royce Favre_____
                                                            **Glenn Royce Favre**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2008 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy