**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re: **Glenn Royce Favre**

Debtor(s)

Case No.: **08–85264–mhm**
Chapter: **7**
Judge: **Margaret Murphy**

## NOTICE OF DEFICIENCY

The following document filed on December 9, 2009 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Motion to Convert to Chapter 11

☐ Missing verification or other signatures.

☐ Missing supplemental matrix.

☐ Missing supplemental matrix – added creditors have not been entered into the Court's database.

☐ Missing Statistical summary.

☐ Missing Summary of Schedules

☒ Missing certificate of service

☒ Required fee of $ 755.00 not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Failure to sign check

☐ Incorrect check amount – amount required $ . Your check number is enclosed.

☐ Out–dated forms(s) or page format. (Only single–sided, 8½ x 11 inch paper is acceptable.)

☐ Document is illegible.

☐ Case was closed on .

☐ Unable to identify case.

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Glenn Royce Favre

Date: 12/10/09

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 431 – Notice of deficiency