UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO:   08-85264-MHM |
| Glenn Royce Favre | : | CHAPTER:   7 |
| Debtor(s) | : | |
| Glenn Royce Favre | : | Filed in U.S. Bankruptcy Court<br>Atlanta, Georgia |
| Plaintiff(s)<br>v. | : | DEC 1 0 2009 |
| Suntrust Mortgage, Inc. | : | M. Regina Thomas, Clerk<br>By: _____<br>Deputy Clerk |
| Defendant(s) | : | |

## NOTICE TO APPELLANT AND APPELLEE

RE: NOTICE OF APPEAL FILED ON 12/09/09

NOTICE IS GIVEN that the Appellant shall, within 10 days of 12/09/09, the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

**NOTICE IS FURTHER GIVEN that <u>any</u> party filing a designation of the items to be included in the record shall provide to the Clerk of the U.S. Bankruptcy Court, <u>at the time the designation is filed</u>, a copy of the <u>designated items.</u>.** If the party fails to provide the copies, the Clerk shall prepare the copies at the expense of the party. Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (Bankruptcy rule 8006).

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record. Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number. Include only an individual's year of birth or the initials of a minor child.** *See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.

W. YVONNE EVANS, CLERK

By: *Ann King*
Ann King, Deputy Clerk

F07 (ntcapl.ltr) 02/2008

5/

Official Form 17
(12/04)

# United States Bankruptcy Court

<u>NORTHERN</u> District Of <u>GEORGIA</u>

FILED
IN CLERK'S OFFICE
BANKRUPTCY COURT
N. DISTRICT
OF GEORGIA

DEC 09 2009 PM 04:21

M. REGINA THOMAS
CLERK

By _____
DEPUTY CLERK

In re <u>GLENN ROYCE FAVRE</u>
Debtor

Case No. <u>08-85264-MHM</u>

Chapter <u>727 FILED</u>

## NOTICE OF APPEAL

FROM THE JUDGEMENT, ORDER, OR DECREE OF BANKRUPTCY JUDGE

<u>GLENN ROYCE FAVRE</u>, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the <u>14</u> day of <u>October</u> <u>2009</u>.
(month)  (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows: *I also would request (or request status for filing fee be waived)*

Dated: <u>November 27, 2009</u>

Signed: X _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: <u>GLENN ROYCE FAVRE, PRO-SE</u>

Address: <u>110 S COLUMBIA DR 11</u>

<u>DECATUR, GA 30030</u>

Telephone No: <u>404-373-1137</u>

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by Piling a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

American LegalNet, Inc.
www.USCourtForms.com