Form 210B (10/06)

# United States Bankruptcy Court

__Northern__ District Of __GEORGIA__

In re __Glenn Favre, Sr.__, Case No. __08-85264-mhm__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __09015__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __12/7/09__ (date).

__GLENN R. FAVRE__  __Gregory Hays, Chapter 7 Trustee__
Name of Alleged Transferor    Name of Transferee

Address of Alleged Transferor:    Address of Transferee:
__6245 Lakeview Ct__    __Hays Financial Consulting__
__REX GA 30237__    
__Exhibit "A"__    __Glenn R. Favre__

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: __FILED DEC 17 2009__    _____
CLERK OF THE COURT



DEC 09 2009 PM04:20

M. REGINA THOMAS, CLERK
DEPUTY CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

American LegalNet, Inc.
www.FormsWorkflow.com

## Property Detail Report
For Property Located At

### 6240 LAKEVIEW CT, REX GA 30273-5032

**RealQuest Professional**

**Owner Information:**
| | |
|---|---|
| Owner Name: | FAVRE GLENN |
| Mailing Address: | 110 S COLUMBIA DR #11, DECATUR GA 30030-5318 C003 |
| Phone Number: | |
| Vesting Codes: | // |

**Location Information:**
| | | | |
|---|---|---|---|
| Legal Description: | LOT 15 | | |
| County: | CLAYTON, GA | APN: | 12-137D-00D-0010 |
| Census Tract / Block: | 404.11 / 5 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | ELLENWOOD VILLAGE |
| Legal Book/Page: | | Map Reference: | 12-137D / |
| Legal Lot: | 15 | Tract #: | |
| Legal Block: | | School District: | 1301230 |
| Market Area: | | Munic/Township: | UNINC CNTY-FIRE |
| Neighbor Code: | | | |

**Owner Transfer Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

**Last Market Sale Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 03/15/2004 / 02/12/2004 | 1st Mtg Amount/Type: | $119,600 / CONV |
| Sale Price: | $132,900 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | | 1st Mtg Document #: | 7374-155 |
| Document #: | 7374-152 | 2nd Mtg Amount/Type: | / |
| Deed Type: | WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $86.35 |
| New Construction: | Y | Multi/Split Sale: | |
| Title Company: | ATTORNEY ONLY | | |
| Lender: | SUN AMERICA MTG CORP | | |
| Seller Name: | LEGACY COMMUNITIES OF ELLENWOOD PAR | | |

**Prior Sale Information:**
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | / | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | | | |

**Property Characteristics:**
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 1,539 | Parking Type: | | Construction: | STONE |
| Living Area: | 1,539 | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | 6 | Basement Area: | | Patio Type: | |
| Bedrooms: | 3 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 2 / | Basement Type: | BASEMENT | Air Cond: | BUILDING |
| Year Built / Eff: | 2004 / 2004 | Roof Type: | | Style: | RANCH |
| Fireplace: | Y / 1 | Foundation: | | Quality: | AVERAGE |
| # of Stories: | | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

**Site Information:**
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | CPUD | Acres: | 0.03 | County Use: | |
| Flood Zone: | X | Lot Area: | 1,439 | State Use: | RESIDENTIAL (R) |
| Flood Panel: | 1300410070C | Lot Width/Depth: | 52 x | Site Influence: | |
| Flood Panel Date: | 11/20/2000 | Res/Comm Units: | 1 / | Sewer Type: | SEPTIC TANK |
| Land Use: | SFR | | | Water Type: | |

**Tax Information:**
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $131,772 | Assessed Year: | 2008 | Property Tax: | $1,764.67 |
| Land Value: | $30,000 | Improved %: | 77% | Tax Area: | 8 |
| Improvement Value: | $101,772 | Tax Year: | 2008 | Tax Exemption: | |
| Total Taxable Value: | | | | | |

Received: Aug 27 2009 06:06am
Aug 27 09 06:04a EMC2 Search LLC
Case 08-85264-mhm Doc 58 Filed 12/09/09 Entered 12/10/09 14:39:54 Desc Main
Document Page 3 of 5
404-373-2137 p.8
RealQuest.com ® - Report Page 1 of 2

FINRA No. 09-04189

**FILED OCT 6 9 2009**

## Foreclosure Activity Report
For Property Located At

**RealQuest Professional™**

### 1914 E COLUMBUS DR, TAMPA FL 33605

**Most Recent Foreclosure Transaction:**

| | | | |
|---|---|---|---|
| Foreclosure Doc Type: | FINAL JUDGEMENT | Foreclosure Stage: | AUCTION |
| Recording Date: | 11/19/2008 | Filing Date: | 11/06/2008 |
| Foreclosure Doc #: | 401551 | Recording Book/Page: | 18968 / 1223 |
| Defendant 1: | URBAN CRAFTSMAN HMS OF FLORIDA | Plaintiff 1: | HD SUPPLY LUMBER & BUILDING MA |
| Defendant 2: | MCKELVIN GEORGE H | Plaintiff 2: | |
| Defendant 3: | | | |
| Defendant 4: | | | |
| Attorney Name: | FREDERICK L MOUSER | Attorney Phone #: | |
| | | Case #: | 07-7640 |
| Auction Date: | 12/10/2008 | Opening Bid Amount: | |
| Auction Time: | 2:00 | Judgement Amount: | $4,397 |
| Auction Address: | 800 E TWIGGS ST 2ND FL RM 201/ | | |
| City: | TAMPA | | |

✱ **Default Mortgage Information:**

| | | | |
|---|---|---|---|
| Mtg Amt/Type: | / | Monthly Pymt Amt: | |
| Mtg Recording Date: | | Default Amt: | |
| Mtg Doc #: | | Default Date: | 03/01/2007 ✗ |
| Mtg Book/Page: | | | |
| Lender: | | | |
| Lender Address: | | | |
| City: | | | |
| State: | | Vesting Codes: | / / |
| Zip: | | Title Company: | ATTORNEY ONLY |

Refiled w/

**Location Information:**

| | | | |
|---|---|---|---|
| Legal Description: | NISTALS MAP SUBDIVISION OF BLOCK 5 OF CUSCADEN'S SUBDIVISION E 28 FT OF LOT 13 | | |
| County: | HILLSBOROUGH, FL | APN: | 187642-0000 |
| Subdivision: | NISTALS MAP | Map Reference: | 109 / 145-A5 |
| Legal Lot: | 13 | Township-Range-Sect: | 29-19-07 |
| Legal Block: | 5 | Munic/Township: | |

**Last Market Sale Information:**

| | | | |
|---|---|---|---|
| Sale Date: | 08/08/2005 | 1st Mtg Amount/Type: | $248,000 / |
| Recording Date: | 08/22/2005 | 1st Mtg Int. Rate/Type: | 5.25 / ADJ |
| Sale Price: | $80,000 | 2nd Mtg Amount/Type: | / |
| Sale Type: | | 2nd Mtg Int. Rate/Type: | / |
| Deed Type: | WARRANTY DEED | Seller: | URBAN CRAFTSMAN HMS OF FLORIDA LL |
| Deed Doc #: | 15401-794 | | |

**Owner Information:**

| | | | |
|---|---|---|---|
| Owner Name: | FAVRE GLENN | | |
| Mailing Address: | 1117 VIRGINIA AVE NE | | |
| City: | ATLANTA | | |
| State: | GA | Carrier Route: | C004 |
| Zip: | 30306-3525 | Owner Phone #: | |

**Owner Transfer Information:**

| | | | |
|---|---|---|---|
| Sale Date: | | Deed Type: | |
| Recording Date: | | Deed Doc #: | |
| Sale Price: | | Vesting Codes: | / / |

EXHIBIT ____

http://pro.realquest.com/jsp/report ...me=getreport&recordno... 8/4/2009

Exhibit ____

Case 08-85264-mhm   Doc 58   Filed 12/09/09   Entered 12/10/09 14:39:54   Desc Main
              Document      Page 4 of 5
Case 08-85264-mhm   Doc 45   Filed 11/12/09   Entered 11/16/09 15:37:06   Desc Main
              Document      Page 3 of 3
Case 08-85264-mhm   Doc 1   Filed 12/09/08   Entered 12/09/08 13:06:22   Desc Main
              Document      Page 18 of 62

B6A (Official Form 6A) (12/07)

In re   **Glenn Royce Favre**                                                  Case No. _____
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| house & lot @ 8240 Lakeview Court Rex, GA 30273 | titled to debtor | H | 130,000.00 | 110,693.00 |
| house under construction & lot @ 1914 E. Columbus Drive Tampa, FL 33605 | titled to debtor | H | 153,000.00 | 253,500.00 |

Attachment C

|  |  |  |
|---|---|---|
|  | Sub-Total > | 283,000.00 (Total of this page) |
|  | Total > | 283,000.00 |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

FiNRA Claim No: 09-04189

FILED OCT 6 9 2009

## Property Detail Report
For Property Located At

**RealQuest Professional™**

### 1914 E COLUMBUS DR, TAMPA FL 33605

**Owner Information:**
Owner Name: FAVRE GLENN
Mailing Address: 1117 VIRGINIA AVE NE, ATLANTA GA 30306-3525 C004
Phone Number:   Vesting Codes: II

**Location Information:**
Legal Description: NISTALS MAP SUBDIVISION OF BLOCK 5 OF CUSCADEN'S SUBDIVISION E 28 FT OF LOT 13
County: HILLSBOROUGH, FL   APN: 187642-0000
Census Tract / Block: 33.00 / 2   Alternate APN: A-07-29-19-4VI-000000-00013.0
Township-Range-Sect: 29-19-07   Subdivision: NISTALS MAP
Legal Book/Page: 7-7   Map Reference: 109 / 145-A5
Legal Lot: 13   Tract #: 4VI
Legal Block: 5   School District: 1200870
Market Area: 145A5   Munic/Township:
Neighbor Code: 205003.

**Owner Transfer Information:**
Recording/Sale Date: /   Deed Type:
Sale Price:   1st Mtg Document #:
Document #:

**Last Market Sale Information:**
Recording/Sale Date: 08/22/2005 / 08/08/2005   1st Mtg Amount/Type: $248,000 /
Sale Price: $80,000   1st Mtg Int. Rate/Type: 5.25 / ADJ
Sale Type:   1st Mtg Document #: 15401-795
Document #: 15401-794   2nd Mtg Amount/Type: /
Deed Type: WARRANTY DEED   2nd Mtg Int. Rate/Type: /
Transfer Document #:   Price Per SqFt: $39.68
New Construction:   Multi/Split Sale:
Title Company: FLORIDA TITLE
Lender: SUNTRUST MTG INC
Seller Name: URBAN CRAFTSMAN HMS OF FLORIDA LL

**Prior Sale Information:**
Prior Rec/Sale Date: 08/04/2005 / 08/03/2005   Prior Lender:
Prior Sale Price: $45,900   Prior 1st Mtg Amt/Type: /
Prior Doc Number: 15329-67   Prior 1st Mtg Rate/Type: /
Prior Deed Type: WARRANTY DEED

**Property Characteristics:**
Gross Area: 2,016   Parking Type:   Construction:
Living Area: 2,016   Garage Area:   Heat Type:
Tot Adj Area: 1,951   Garage Capacity:   Exterior wall: MASONRY/WOOD
Above Grade:   Parking Spaces:   Porch Type: FINISHED/OPEN PORCH
Total Rooms:   Basement Area:   Patio Type: WOOD DECK
Bedrooms: 3   Finish Bsmnt Area:   Pool:
Bath(F/H): 2 / 1   Basement Type:   Air Cond: CENTRAL
Year Built / Eff: 2007 / 2007   Roof Type:   Style: 000
Fireplace: /   Foundation:   Quality: AVERAGE
# of Stories: 2.00   Roof Material: ASPHALT   Condition:
Other Improvements:

**Site Information:**
Zoning: YC-2   Acres: 0.07   County Use: SINGLE FAMILY (0100)
Flood Zone: C   Lot Area: 2,884   State Use: SINGLE FAMILY (01)
Flood Panel: 1201140024C   Lot Width/Depth: 28 x 103   Site Influence:
Flood Panel Date: 09/30/1982   Res/Comm Units: /   Sewer Type:
Land Use: SFR     Water Type:

**Tax Information:**
Total Value: $152,117   Assessed Year: 2008   Property Tax: $3,319.36
Land Value: $16,744   Improved %: 89%   Tax Area: A
Improvement Value: $135,373   Tax Year: 2008   Tax Exemption:
Total Taxable Value: $152,117

Exhibit ___