UNITED STATES BANKRUPTCY COURT **ENTERED ON DOCKET**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DEC 0 9 2009**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN R. FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| | ) | |
| GLENN R. FAVRE, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | **CONTESTED MATTER** |
| | ) | |
| SUNTRUST MORTGAGE, INC., | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER DENYING EMERGENCY MOTION

On October 30, 2009, Debtor filed a second *pro se* a motion for an emergency
hearing [Doc. No. 43].[1]  The motion contains incomplete sentences, omitted words,
incorrectly used terms and, in general, is unclear.  It appears that Debtor seeks a hearing on a
claim for relief he asserts that he has against Sun Trust Mortgage.  Debtor states that he
disclosed his asserted claim to the Chapter 7 Trustee while Debtor's bankruptcy case was
pending, that the Trustee investigated the claim, and declined to pursue it.  The record shows
that the Trustee entered his Report of No Distribution March 23, 2009; Debtor's discharge
was entered and the case was closed April 7, 2009.  Debtor has not filed a motion to reopen.

---

[1] A prior motion for emergency hearing, filed October 13, 2009 [Doc. No. 32], was denied by order entered
October 22, 2009 [Doc. No. 40].

Under 11 U.S.C. §554(c), property not administered by the Trustee is deemed abandoned to the debtor. Therefore, any claim Debtor believes he has, he is free to pursue in other courts. Because the claim is not property of the estate and because the estate has been fully administered, Debtor's claim does not arise under Title 11, and does not arise in nor is it related to a case under Title 11 and, therefore, under 28 U.S.C. 157, it does not appear that the bankruptcy court has subject matter jurisdiction to hear the action described by Debtor.

Debtor appears to complain about violation of the automatic stay or the discharge injunction by a foreclosure action against certain named non-debtors. Upon entry of Debtor's discharge, the automatic stay was replaced by the discharge injunction of 11 U.S.C. §524. The Chapter 7 discharge and the injunction described in §524 do not affect the liability of third parties. Therefore, any action by a creditor of Debtor against non-debtor third parties is not prohibited by §524 or §362.

Based upon the allegations in Debtor's motion, it does not appear that the bankruptcy court may entertain Debtor's motion and has no legal basis for holding a hearing; accordingly, it is hereby

**ORDERED** that Debtor's motion for emergency hearing is *denied.*

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, counsel for Debtor, Respondent, counsel for Respondent, and the Chapter 13 Trustee.

IT IS SO ORDERED, this the 8th day of December, 2009.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: millerc          Page 1 of 1          Date Rcvd: Dec 09, 2009
Case: 08-85264               Form ID: pdf471         Total Noticed: 7

The following entities were noticed by first class mail on Dec 11, 2009.
db           +Glenn Royce Favre,    110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA 30326-1420
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
             +Alice R. Huneycutt, Esq.,   Suntrust Financial Centre, Ste. 2200,
              401 E. Jackson Street, P.O. Box 3299,   Tampa, FL 33601-3299
11046493      Suntrust Mortgage, Inc.,   1001 Semmes Avenue, Suite 600,   Richmond, VA 23224-2245

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2009**              **Signature:**      _Joseph Speetjens_