**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

---

In Re: **Glenn Royce Favre**

      Debtor(s)

Case No.: **08–85264–mhm**
Chapter: **7**
Judge: **Margaret Murphy**

---

### NOTICE OF DEFICIENCY

The following document filed on December 9, 2009 is being referred to you for review because of the following deficiency(ies):

TITLE OF DOCUMENT: Motion to ReOpen

☐  Missing verification or other signatures.

☐ Missing supplemental matrix.

☐ Missing supplemental matrix – added creditors have not been entered into the Court's database.

☐ Missing Statistical summary.

☐ Missing Summary of Schedules

☒ Missing certificate of service

☒ Required fee of $ 260.00 not paid. Please remit via cashier's check or money order payable to Clerk, U. S. Bankruptcy Court, or via Pay.gov if a registered participant. Checks from a debtor cannot be accepted.

☐ Failure to sign check

☐ Incorrect check amount – amount required $ . Your check number is enclosed.

☐ Out–dated forms(s) or page format. (Only single–sided, 8½ x 11 inch paper is acceptable.)

☐ Document is illegible.

☐ Case was closed on .

☐  Unable to identify case.

No legal opinion has been expressed or implied. This notice is for information purposes only concerning the procedural requirements for filing documents in the United States Bankruptcy Court, Northern District of Georgia.

NOTICE OF DEFICIENCY MAILED TO: Glenn Royce Favre

Date: 12/10/09

                                              M. Regina Thomas
                                              Clerk of Court
                                              U.S. Bankruptcy Court

Form 431 – Notice of deficiency

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: benningto            Page 1 of 1              Date Rcvd: Dec 10, 2009
Case: 08-85264                Form ID: 431               Total Noticed: 4

The following entities were noticed by first class mail on Dec 12, 2009.
db           +Glenn Royce Favre,    110 South Columbia Drive,   #11,    Decatur, GA 30030-5318
aty          +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,    East Tower, Suite 550,
              3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,    Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**                    **Signature:**    *Joseph Speetjens*