UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 08-85264-MHM |
| Glenn Royce Favre | : | CHAPTER: 7 |
| Debtor(s) | : | |
| Glenn Royce Favre | : | Filed in U.S. Bankruptcy Court<br>Atlanta, Georgia |
| Plaintiff(s) | : | **DEC 1 0 2009** |
| v. | : | |
| Suntrust Mortgage, Inc. | : | M. Regina Thomas, Clerk<br>By: _____<br>Deputy Clerk |
| Defendant(s) | : | |

## NOTICE TO APPELLANT AND APPELLEE

RE: NOTICE OF APPEAL FILED ON 12/09/09

NOTICE IS GIVEN that the Appellant shall, within 10 days of 12/09/09, the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

**NOTICE IS FURTHER GIVEN that any party filing a designation of the items to be included in the record shall provide to the Clerk of the U.S. Bankruptcy Court, at the time the designation is filed, a copy of the designated items.** If the party fails to provide the copies, the Clerk shall prepare the copies at the expense of the party. Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (Bankruptcy rule 8006).

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record. Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number. Include only an individual's year of birth or the initials of a minor child.** *See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.

W. YVONNE EVANS, CLERK

By: _Ann King_
Ann King, Deputy Clerk

F07 (ntcapl.ltr) 02/2008

5/

Official Form 17
(12/04)

# United States Bankruptcy Court

NORTHERN _____ District Of   GEORGIA _____

FILED
IN CLERK'S OFFICE
N. PTCY COURT
N DISTRICT
OF GEORGIA

M. REGINA THOMAS
CLERK

BY
DEPUTY CLERK

In re   GLENN ROYCE FAVRE
_____
          Debtor

Case No. 08-85264-MHM

Chapter 727 FILED

## NOTICE OF APPEAL

FROM THE JUDGEMENT, ORDER, OR DECREE OF BANKRUPTCY JUDGE

GLENN ROYCE FAVRE _____ ,the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceedhig. describe type*] on the \_\_14\_\_ day of \_\_October\_\_ 2009.
                                                                                                                                          (month)            (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:   I also would request bar passes return for filing fee to waived

Dated: November 27, 2009

Signed: X _____
         Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: GLENN ROYCE FAVRE, PRO-SE

Address: 110 S COLUMBIA DR 11

DECATUR, GA 30030

Telephone No: 404-373-1137

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by Piling a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*I f a child support creditor or its representative is the appellant. and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reforin Act of 1994, no fee is required.*




# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: kingf                  Page 1 of 1                  Date Rcvd: Dec 10, 2009
Case: 08-85264                Form ID: pdf552              Total Noticed: 5

The following entities were noticed by first class mail on Dec 12, 2009.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
cr           +SunTrust Mortgage, Inc.,   c/o Dickenson Gilroy LLC,   Attention: Monica K. Gilroy, Esq.,
              Corporate Office,   3780 Mansell Road, Suite 140,   Alpharetta, GA 30022-8299
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2009**                    **Signature:** *Joseph Speetjens*