UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
__ATLANTA__ DIVISION

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

H. REGINA THOMAS,
CLERK

DEPUTY CLERK

IN THE MATTER OF:         :     CHAPTER __7__
GLENN ROYCE FAVRE         :
                          :     CASE NO.08-85264-MHM
                          :
    Debtor(s)             :

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $153,000.00 was issued in the above-styled bankruptcy case to _FAVRE & BENNETT, LLC_____, whose mailing address at the time of issue was _____

_____

Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), on _____, 200____, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to __GLENN ROYCE FAVRE__ at **110 S COLUMBIA DR 11 DECATUR GA 30030**__. SEE TRANSER OF INTEST OTHER THAN FOR SECURITY BY CHAPTER 7 U.S. TRUSTEE GREORTY HAYS, HAYS FINANCIAL CONSULTING.

This 11th day of December, 2009.

_____
Signature of Claimant

562 79 8670
_____
Social Security or Tax ID number

Sworn to and subscribed to before
me this 11th day of December, 2009.

_____
Notary Public in and for the
State of Georgia
My commission expires May 3rd 2010

If applicable, affix
Corporate Seal

(COREY MOODY NOTARY, MY COMM. EXP. MAY 3RD 2010, DEKALB COUNTY, GA)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
\_\_\_ATLANTA\_\_\_ DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER \_\_7\_\_ |
| | : | |
| GLENN ROYCE FAVRE | : | |
| | : | CASE NO. 08-85264-MHM |
| | : | |
| Debtor(s) | : | |

CERTIFICATE OF SERVICE

The undersigned GLENN ROYCE FAVRE
of 110 S COLUMBIA DR 11 DECATUR GA 30030

hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 11 day of December, 2009, I served a copy of the foregoing Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

- United States Attorney
  1800 Richard Russell Federal Building
  75 Spring Street, SE
  Atlanta, Georgia 30303

- GREGORY HAYS, HAYS FINANCIAL CONSULTING
- CHAPTER 7 U.S. TRUSTEE
- _____

Executed  11-09-2009    By: _(Signature)_
         (Date)