B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Glenn Favre  ,                              Case No. 08-85264 mhm

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Glenn R. Favre
Name of Transferee

Gregory Hayes
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _____
Amount of Claim: 132,900
Date Claim Filed: 12-11-09

Phone: 404 373 1137
Last Four Digits of Acct #: 8670

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
110 S. Columbia Dr. #11
Decatur GA 30030
Phone: 404 373 1137
Last Four Digits of Acct #: 6977

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]                                Date: 12-11-09
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEC 11 2009 PM 03:49

M. REGINA THOMAS, CLERK
BY: DEPUTY CLERK
FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA