*Amended to add address*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
__ATLANTA__ DIVISION

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 15 2009 PM 03:08

H. REGINA THOMAS.
CLERK

*[signature]*
DEPUTY CLERK

IN THE MATTER OF:      :   CHAPTER __7__
GLENN ROYCE FAVRE      :
                       :   CASE NO. 08-85264-MHM
                       :
        Debtor(s)      :

## PETITION FOR PAYMENT OF UNCLAIMED FUNDS

A dividend check in the amount of $153,000.00 was issued in the above-styled bankruptcy case to _FAVRE & BENNETT, LLC_____, whose mailing address at the time of issue was _1536 Northwood Dr. Atlanta Ga 30350_.

Because that check was not cashed by said payee, pursuant to 11 U.S.C. §347(a), on _____, 200___, Trustee paid those unclaimed funds to the Clerk, U.S. Bankruptcy Court.

Application is hereby made to pay these unclaimed funds to **GLENN ROYCE FAVRE** at **110 S COLUMBIA DR 11 DECATUR GA 30030**. SEE TRANSER OF INTEST OTHER THAN FOR SECURITY BY CHAPTER 7 U.S. TRUSTEE GREORTY HAYS, HAYS FINANCIAL CONSULTING.

This _11th_ day of _December_, 20_09_.

_____
Signature of Claimant

_562 79 8670_
Social Security or Tax ID number

Sworn to and subscribed to before
me this _11th_ day of _December_, 2009.

_[signature]_
Notary Public in and for the
State of _Georgia_
My commission expires _May 3rd 2010_

If applicable, affix
Corporate Seal

DEC 15 2009 PM 01:56

*[Notary seal: COREY MOODY, NOTARY, MY COMM EXP MAY 3RD 2010, DEKALB COUNTY, GA]*

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

H. REGINA THOMAS.
CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
____ATLANTA____ DIVISION

Amended

IN THE MATTER OF:                : CHAPTER ___7___
                                 :
GLENN ROYCE FAVRE                :
                                 : CASE NO. 08-85264-MHM
                                 :
Debtor(s)                        :

CERTIFICATE OF SERVICE

The undersigned GLENN ROYCE FAVRE
of 110 S COLUMBIA DR 11 DECATUR GA 30030

hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the _11_ day of _December_, 20_09_, I served a copy of the foregoing Petition for Payment of Unclaimed Funds, upon the parties listed below by First Class Mail:

¬    United States Attorney
     1800 Richard Russell Federal Building
     75 Spring Street, SE
     Atlanta, Georgia 30303

¬    GREGORY HAYS, HAYS FINANCIAL CONSULTING
¬    CHAPTER 7 U.S. TRUSTEE
¬    3343 Peachtree St.
     Atlanta Ga 30326

Executed  11-09-2009  By: _____
          (Date)           (Signature)