Form 210A (10/06)

Amended

# United States Bankruptcy Court

**NORTHERN** District Of **GEORGIA**

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 12 2009 PM 4:25

H. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

In re **GLENN ROYCE FAVRE**,    Case No. **08-85264-MHM**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **GLENN ROYCE FAVRE** | **GREGORY HAYS, U.S. TRUSTEE** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

110 S COLUMBIA DR 11
DECATRUR, GA 30030

Phone: 404-373-1137
Last Four Digits of Acct #: NA

Court Claim # (if known): _____
Amount of Claim: TITLE
Date Claim Filed: 10/14/09

Phone: 1-800-SUN-TRUST
Last Four Digits of Acct. #: NA

Name and Address where transferee payments should be sent (if different from above):

Phone: 4043731137
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                    Date: ~~November~~ December 12, 2009
Transferee/Transferee's Agent
**FAVRE & BENNETT, LLC**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEC 15 2009 PM01:51

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
H. REGINA THOMAS
BY: _____ DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

Amended

Form 210B (10/06)

# United States Bankruptcy Court

__Northern__ District Of __GEORGIA__

In re __GlennFayre 8670__,  Case No. __08-85264-mhm__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.1 ___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __12/9/09__ (date).

__GLENN R. FAYRE__
Name of Alleged Transferor

__Gregory Hays Chapter 7 Trustee__
Name of Transferee

Address of Alleged Transferor:
__6248 Lakeview CT__
__REX GA 30273__
Exhibit "A" - C

Address of Transferee: Amended to add address
__Hays Financial Consulting__
__Suite 200__
__3343 Peachtree__
__Atlanta GA 30326__

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: __FILED NOV 17 2009__

_____
CLERK OF THE COURT



DEC 09 2009 PM04:20

H. REGINA THOMAS, CLERK
DEPUTY CLERK

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

American LegalNet, Inc.
www.FormsWorkflow.com

## Property Detail Report
For Property Located At

**RealQuest Professional**

### 6240 LAKEVIEW CT, REX GA 30273-5032

**Owner Information:**
| | |
|---|---|
| Owner Name: | FAVRE GLENN |
| Mailing Address: | 110 S COLUMBIA DR #11, DECATUR GA 30030-5318 C003 |
| Phone Number: | Vesting Codes: // |

**Location Information:**
| | | | |
|---|---|---|---|
| Legal Description: | LOT 15 | | |
| County: | CLAYTON, GA | APN: | 12-137D-00D-0010 |
| Census Tract / Block: | 404.11 / 5 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | ELLENWOOD VILLAGE |
| Legal Book/Page: | | Map Reference: | 12-137D / |
| Legal Lot: | 15 | Tract #: | |
| Legal Block: | | School District: | 1301230 |
| Market Area: | | Munic/Township: | UNINC CNTY-FIRE |
| Neighbor Code: | | | |

**Owner Transfer Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

**Last Market Sale Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 03/15/2004 / 02/12/2004 | 1st Mtg Amount/Type: | $119,600 / CONV |
| Sale Price: | $132,900 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | | 1st Mtg Document #: | 7374-155 |
| Document #: | 7374-152 | 2nd Mtg Amount/Type: | / |
| Deed Type: | WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $86.35 |
| New Construction: | Y | Multi/Split Sale: | |
| Title Company: | ATTORNEY ONLY | | |
| Lender: | SUN AMERICA MTG CORP | | |
| Seller Name: | LEGACY COMMUNITIES OF ELLENWOOD PAR | | |

**Prior Sale Information:**
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | / | Prior Lender: | |
| Prior Sale Price: | | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | | | |

**Property Characteristics:**
| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Area: | 1,539 | Parking Type: | | Construction: | STONE |
| Living Area: | 1,539 | Garage Area: | | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | 6 | Basement Area: | | Patio Type: | |
| Bedrooms: | 3 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 2 / | Basement Type: | BASEMENT | Air Cond: | BUILDING |
| Year Built / Eff: | 2004 / 2004 | Roof Type: | | Style: | RANCH |
| Fireplace: | Y / 1 | Foundation: | | Quality: | AVERAGE |
| # of Stories: | | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

**Site Information:**
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | CPUD | Acres: | 0.03 | County Use: | |
| Flood Zone: | X | Lot Area: | 1,439 | State Use: | RESIDENTIAL (R) |
| Flood Panel: | 1300410070C | Lot Width/Depth: | 52 x | Site Influence: | |
| Flood Panel Date: | 11/20/2000 | Res/Comm Units: | 1 / | Sewer Type: | SEPTIC TANK |
| Land Use: | SFR | | | Water Type: | |

**Tax Information:**
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $131,772 | Assessed Year: | 2008 | Property Tax: | $1,764.67 |
| Land Value: | $30,000 | Improved %: | 77% | Tax Area: | 6 |
| Improvement Value: | $101,772 | Tax Year: | 2008 | Tax Exemption: | |
| Total Taxable Value: | | | | | |

Exhibit A

B6A (Official Form 6A) (12/07)

In re   **Glenn Royce Favre**                                        Case No. _____
                              Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| house & lot @ 6240 Lakeview Court Rex, GA 30273 | titled to debtor | H | 130,000.00 | 110,693.00 |
| house under construction & lot @ 1914 E. Columbus Drive Tampa, FL 33605 | titled to debtor | H | 153,000.00 | 253,500.00 |

**Attachment C**

|  | Sub-Total > | 283,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 283,000.00 |  |

_0_ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy