Case 08-85264-mhm Doc 58 Filed 12/09/09 Entered 12/10/09 14:38:54 Desc Main Document Page 1 of 5

amended

Form 210B (10/06)

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA DEC 15 2009 PM 1:54 M. REGINA THOMAS, CLERK By: DEPUTY CLERK

# United States Bankruptcy Court

Northern District Of GEORGIA

In re Glenn Favre, 8070, Case No. 08-85264-mhm

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. ____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/4/09 (date).

| GLENN R. FAURE | Gregory Hays Chapter 7 trustee |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 1914 East Columbus Dr. Tampa FL 33605 | Hays Financial Consulting 3343 Peachtree Rd NE Atlanta GA 30326-1420 |

Exhibit "B" C

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: FILED NDC 07 2009

CLERK OF THE COURT



FINRA Claim No: 09-04189

# Property Detail Report

For Property Located At

RealQuest Professional

FILED OCT 6 9 2009

## 1914 E COLUMBUS DR, TAMPA FL 33605

***Owner Information:***

| | | | |
|---|---|---|---|
| Owner Name: | FAVRE GLENN | | |
| Mailing Address: | 1117 VIRGINIA AVE NE, ATLANTA GA 30306-3525 C004 | | |
| Phone Number: | | Vesting Codes: | // |

***Location Information:***

| | | | |
|---|---|---|---|
| Legal Description: | NISTALS MAP SUBDIVISION OF BLOCK 5 OF CUSCADEN'S SUBDIVISION E 28 FT OF LOT 13 | | |
| County: | HILLSBOROUGH, FL | APN: | 187642-0000 |
| Census Tract / Block: | 33.00 / 2 | Alternate APN: | A-07-29-19-4VI-000000-00013.0 |
| Township-Range-Sect: | 29-19-07 | Subdivision: | NISTALS MAP |
| Legal Book/Page: | 7-7 | Map Reference: | 109 / 145-A5 |
| Legal Lot: | 13 | Tract #: | 4VI |
| Legal Block: | 5 | School District: | 1200870 |
| Market Area: | 145A5 | Munic/Township: | |
| Neighbor Code: | 205003. | | |

***Owner Transfer Information:***

| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

***Last Market Sale Information:***

| | | | |
|---|---|---|---|
| Recording/Sale Date: | 08/22/2005 / 08/08/2005 | 1st Mtg Amount/Type: | $248,000 / |
| Sale Price: | $80,000 | 1st Mtg Int. Rate/Type: | 5.25 / ADJ |
| Sale Type: | | 1st Mtg Document #: | 15401-795 |
| Document #: | 15401-794 | 2nd Mtg Amount/Type: | / |
| Deed Type: | WARRANTY DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $39.68 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | FLORIDA TITLE | | |
| Lender: | SUNTRUST MTG INC | | |
| Seller Name: | URBAN CRAFTSMAN HMS OF FLORIDA LL | | |

***Prior Sale Information:***

| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 08/04/2005 / 08/03/2005 | Prior Lender: | |
| Prior Sale Price: | $45,900 | Prior 1st Mtg Amt/Type: | / |
| Prior Doc Number: | 15329-67 | Prior 1st Mtg Rate/Type: | / |
| Prior Deed Type: | WARRANTY DEED | | |

***Property Characteristics:***

| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 2,016 | Parking Type: | | Construction: | |
| Living Area: | 2,016 | Garage Area: | | Heat Type: | |
| Tot Adj Area: | 1,951 | Garage Capacity: | | Exterior wall: | MASONRY/WOOD |
| Above Grade: | | Parking Spaces: | | Porch Type: | FINISHED/OPEN PORCH |
| Total Rooms: | | Basement Area: | | Patio Type: | WOOD DECK |
| Bedrooms: | 3 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 2 / 1 | Basement Type: | | Air Cond: | CENTRAL |
| Year Built / Eff: | 2007 / 2007 | Roof Type: | | Style: | 000 |
| Fireplace: | / | Foundation: | | Quality: | AVERAGE |
| # of Stories: | 2.00 | Roof Material: | ASPHALT | Condition: | |
| Other Improvements: | | | | | |

***Site Information:***

| | | | | | |
|---|---|---|---|---|---|
| Zoning: | YC-2 | Acres: | 0.07 | County Use: | SINGLE FAMILY (0100) |
| Flood Zone: | C | Lot Area: | 2,884 | State Use: | SINGLE FAMILY (01) |
| Flood Panel: | 1201140024C | Lot Width/Depth: | 28 x 103 | Site Influence: | |
| Flood Panel Date: | 09/30/1982 | Res/Comm Units: | / | Sewer Type: | |
| Land Use: | SFR | | | Water Type: | |

***Tax Information:***

| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $152,117 | Assessed Year: | 2008 | Property Tax: | $3,319.36 |
| Land Value: | $16,744 | Improved %: | 89% | Tax Area: | A |
| Improvement Value: | $135,373 | Tax Year: | 2008 | Tax Exemption: | |
| Total Taxable Value: | $152,117 | | | | |

Exhibit B

B6A (Official Form 6A) (12/07)

In re Glenn Royce Favre
Debtor

Case No. ________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| house & lot @ 6240 Lakeview Court Rex, GA 30273 | titled to debtor | H | 130,000.00 | 110,693.00 |
| house under construction & lot @ 1914 E. Columbus Drive Tampa, FL 33605 | titled to debtor | H | 153,000.00 | 253,500.00 |

Attachment C

| | | |
|---|---|---|
| Sub-Total > | 283,000.00 | (Total of this page) |
| Total > | 283,000.00 | |

(Report also on Summary of Schedules)

0 continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B2
6/90

# Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

In re GLENN ROYCE FAVRE, Debtor

Case No. 08-85264-MHM

Chapter 7

Purporent Post confirmation.

I, DALE CAPELOUTO, SECRETARY FOR TOP TO BOTTOM RENOVATIONS, LLC [the president *or* other officer *or* an authorized agent of the corporation] [*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing VOLUNTARY 11. U.S.C. 7 APPLICATION AND DISCHARGE EXHIBIT #1 DISCHARGE ORDER 4/9/2009 EXHIBIT 2. Chapter 11 Debtor's Exemptions and Receivables [list *or* schedule *or* amendment *or* other document (describe)] and that it is true and correct to the best of my information and belief.

Date 4 DECEMBER 2009

Signature [signature]

DALE CAPELOUTO, Secretary, Top To Bottom Renovations
(Print Name and Title)

2002 © American LegalNet, Inc.