Official Form 17
(12/04)

Amended
to add Matrix

# United States Bankruptcy Court

NORTHERN _____ District Of  GEORGIA _____

FILED
IN CLERK'S OFFICE
... UPTCY ...
... DIST...
OF GEORGIA

DEC 09 2009 PM04:21

M. REGINA THOMAS
CLERK

BY
DEPUTY CLERK

In re  GLENN ROYCE FAVRE _____
              Debtor

Case No. 08-85264-MHM _____

Chapter  727 FILED _____

## NOTICE OF APPEAL

### FROM THE JUDGEMENT, ORDER, OR DECREE OF BANKRUPTCY JUDGE

GLENN ROYCE FAVRE _____ ,the plaintiff [or defendant  or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceedhig, describe type] on the ___14___ day of  October ____ 2009 .
                                                                                                                        (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

See Creditors Matrix attached

Dated:  November 27, 2009 _____

Signed: X _____

Attorney for Appellant (or Appellant, if not represented by an Attorney)

DEC 15 2009 PM01:56

Attorney Name:  GLENN ROYCE FAVRE, PRO-SE _____

Address:  110 S COLUMBIA DR 11 _____

DECATUR, GA 30030 _____

Telephone No:  404-373-1137 _____

BY:
DEPUTY CLERK
M. REGINA THOMAS, CLERK
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
FILED

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by Piling a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reforin Act of 1994, no fee is required.*



American LegalNet, Inc.
www.USCourtForms.com

Favre BK7 Credit Labels

Label Matrix for local noticing
113E-1
Case 08-85264-mhm
Northern District of Georgia
Atlanta
Tue Apr 21 14:50:44 EDT 2009


Ford Motor Credit Company, LLC, a Delaware L
Levine, Block & Strickland, L.L.P
2270 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326-1160


SunTrust Mortgage, Inc.
c/o Dickenson Gilroy LLC
Attention: Monica K. Gilroy, Esq.
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, GA 30022-8299


AES


P.O. Box 2461
Harrisburg, PA 17105-2461
American Express


P.O. Box 297871
Fort Lauderdale, FL 33329-7871
American Express Publishing


P.O. Box 1334
Des Plaines, IL 60017-1334
Atlanta Dental Group, PC
1624 Piedmont Avenue, NE
Atlanta, GA 30324-5240


Capital One Bank (USA), NA


P.O. Box 30285
Salt Lake City, UT 84130-0285
Citi Cards
Box 6500
Sioux Falls, SD 57117-6500


Dekalb Emergency Physicians
1601 Cummins Drive, Suite D-G01
Modesto, CA 95358-6405


AMERICA'S SERVICING COMPANY
SHAPIRO & SWERTFEGER
2872 WOODCOCK BOULEVARD
SUITE 100
ATLANTA, GA 30341-4015

Page 1

Favre BK7 Credit Labels

Lamberth, Cifelli, Stokes, Ellis & Nason, P.
3343 Peachtree Road, NE
Suite 550
Atlanta, GA 30326-1428


Wells Fargo Bank N.A., Wells Fargo Auto Fina
2nd Floor
13675 Technology Dr., Bldg. C
Eden Prairie, MN 55344-2252


Accounting 4 Small Businesses
1404 Cobb Branch Drive
Decatur, GA 30032-3003


American Express


P.O. Box 297879
Fort Lauderdale, FL 33329-7879
American Society of Media Photographers
150 North Second Street
Philadelphia, PA 19106-1912


BMW Financial Services
5550 Britton Parkway
Hilliard, OH 43026-7456


Chase
800 Brooksedge Blvd.
Westerville, OH 43081-2822


Cox Lumber d/b/a
HD Supply Lumber & Building Materials
c/o Mouser & Mouser, PA
1032 9th Street North
Saint Petersburg, FL 33705-1101


(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025


Cox Lumber Co., a Florida Corp., d/b/a HD Su
c/o Frederick L. Mouser
1032 9th Street North (MLK)
St. Petersburg, FL 33705-1101


Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303-3330

Favre BK7 Credit Labels

Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303-3315


American Express


P.O. Box 297814
Fort Lauderdale, FL 33329-7814
American Express
c/o Zwicker & Associates, PC
80 Minuteman Road
Andover, MA 01810-1008


Americas Servicing Company
7485 New Horizon Way
Frederick, MD 21703-8388


Bank of America


P.O. Box 1390
Norfolk, VA 23501-1390
Chase


P.O. Box 15298
Wilmington, DE 19850-5298
Dale Capelouto
c/o EMC Search, LLC
110 S. Columbia, #11
Decatur, GA 30030-5318


Extra Space Storage
Atlanta - Virginia Ave
600 Virginia Avenue, NE
Atlanta, GA 30306-5125


♀
 Ford Motor Credit
National Bankruptcy Service Center

P.O. Box 537901
Livonia, MI 48153-7901
Ford Motor Credit Company LLC
P O Box 537901
Livonia MI 48153-7901


Hoppe Collins & Ojeda, LLC
Attorneys at Law
1827 Powers Ferry Road, SE
Building 7, Suite 350
Atlanta, GA 30339-5621

Favre BK7 Credit Labels

Jose Martinez
44 Pearl Lane
Atlanta, GA 30341-2966


Mouser & Mouser, P. A.
1032 9th Street North
Saint Petersburg, FL 33705-1101


Piedmont Healthcare
Paces West Two
Suite 1000
2727 Paces Ferry Road
Atlanta, GA 30339-4053


Stock Building Supply
2865 Log Cabin Drive, SE
Smyrna, GA 30080-7068


WFNNB / Express


P.O. Box 182125
Columbus, OH 43218-2125
Wachovia Bank, NA
c/o AllianceOne Receivables Management
7311 Quality Circle Drive
Anderson, IN 46013-2014


Wells Fargo Auto Finance


P.O. Box 29704
Phoenix, AZ 85038-9704
Ford Motor Credit


P.O. Box 105697
Atlanta, GA 30348-5697
GE Money Bank / Stock Building Supply
Attn: Bankruptcy Dept.


P.O. Box 103104
Roswell, GA 30076-9104
Innovative Merchant Services
26520 Agoura Road
Calabasas, CA 91302-1921


Kenneth Krell
176 Peachtree Circle
Atlanta, GA 30309-3220


Northwest Exterminating
830 Kennesaw Avenue
Marietta, GA 30060-1003

Page 4

Favre BK7 Credit Labels

Piedmont Hospitalist Physicians LLC


P.O. Box 116984
Atlanta, GA 30368-6984
Suntrust Mortgage, Inc.
1001 Semmes Avenue, Suite 600
Richmond, VA 23224-2245


(p)WACHOVIA BANK NA
PO BOX 13765
ROANOKE VA 24037-3765


Wachovia Card Services, NA
Central Bankruptcy Dept.
VA 7359


P.O. Box 13765
Roanoke, VA 24037-3765
Angela Little Hamilton
Angela Little Hamilton
543 E. Lanier Avenue
Fayetteville, GA 30214-2240


Ford Motor Credit Company LLC
Drawer 55-953
P O Box 55000
Detroit MI 48225-0953


GEMB / Lowes


P.O. Box 981416
El Paso, TX 79998-1416
John Stokes
110 S. Columbia Drive, #11
Decatur, GA 30030-5318


Labor Finders


P.O. Box 1184
Forest Park, GA 30298-1184
Peachtree Emergency Physicians


P.O. Box 281114
Atlanta, GA 30384-1114
Radiology Associates of Dekalb PC
1190 W. Druid Hills Drive, NE
#T-75
Atlanta, GA 30329-2142


WF Financial Bank
3201 N. 4th Avenue

Favre BK7 Credit Labels

Sioux Falls, SD 57104-0700

Wachovia Bank, N.A.
c/o Focus Receivables Management
1130 Northchase Parkway, Suite 150
Marietta, GA 30067-6429

Washington Mutual
1215 Caroline Street
Suite H
Atlanta, GA 30307-2775

Glenn Royce Favre
110 South Columbia Drive
#11
Decatur, GA 30030-5318

♀
 Kamran Gulfraz S. Gregory Hays Syed Hussain
c/o Peter J. Ross Hays Financial Consulting, LLC c/o Peter J. Ross
Tower Place 100, Suite 1530 Suite 200 Tower Place 100, Suite 1530
3340 Peachtree Road, N.E. 3343 Peachtree Road, NE 3340 Peachtree Road, N.E.
Atlanta, GA 30326-1000 Atlanta, GA 30326-1420 Atlanta, GA 30326-1000

The preferred mailing address (p) above has been substituted for the following
entity/entities as so specified

by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f)
and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
Wachovia Bank, N.A.

P.O. Box 30943 P.O. Box 50014 VA7372
Salt Lake City, UT 84130 Roanoke, VA 24040-0014
The following recipients may be/have been bypassed for notice due to an
undeliverable (u) or duplicate (d) address.

(u)BMW Financial Services NA, LLC
End of Label Matrix
Mailable recipients 62
Bypassed recipients 1
Total 63

♀