# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE: ) Case No.: 08-85264-mhm
)
— GLENN ROYCE FAVRE, — ) Judge: Margaret Murphy
8670 )
) Chapter: 7

Debtor(s).

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
DEC 15 2009
By: M. Regina Thomas, Clerk
Deputy Clerk*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 9 day of October, 2009, I served a copy of Notice of Appeal, Motion to Convert to Chapter 11, which was filed in this bankruptcy matter on the 8 day of December, 2008.

RE: GLENN ROYCE FAVRE, 8670
CASE NO: 08-85264-MHM   ADVESARY NO: 09909 - 09077
PLEASE CONTACT:
U.S. TRUSTEE GREGORY HAYS - CHAPTER 7 - MHM

Mode of service (circle one): **MAIL**     HAND DELIVER

Exhibit "A"
"Creditors Matrix"
unsecured -
Secured.

Name and Address of each party served:
HAYS FINANCIAL CONSULTING: 404-926-0060
FAX: 404-926-0055   GHAYS@CONSULTING.NET

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: FILED DEC 09 2009

Signature: Dale Capelouto

Printed Name: DALE CAPELOUTO

Address: 110 S Columbia # 11
Decatur GA 30030

Phone: 404 373 1137