UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET**
**DEC 17 2009**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

**ORDER AND NOTICE REGARDING DEFICIENT FILING**

Debtor filed a Motion to Reopen Case, Convert Case to Chapter 11, and to waive filing fees December 9, 2009 [Doc No. 47] (the "Motion"), which is deficient because it fails to set forth a basis for reopening the case and for conversion to Chapter 11. Additionally, the Motion is not accompanied by a certificate showing service upon the former Chapter 7 Trustee, the U.S. Trustee, and all creditors and parties in interest. These deficiencies may be cured by filing amended or supplemental pleadings; accordingly, it is hereby

**ORDERED** that if no further pleadings are filed to correct the noted deficiencies within 20 days from the date of entry of this order, the Motion shall ***stand denied.***

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 17th day of December, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE