**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

| | |
|---|---|
| IN THE MATTER OF<br>**Glenn Royce Favre**<br><br>    Debtor(s), | CASE NUMBER.: **08−85264−mhm**<br>CHAPTER:  **7**<br>JUDGE:  **Margaret Murphy** |

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO:742543 193 PROPOSED TRANSFEROR and

laim to Gregory Hays PROPOSED TRANSFEREE

   Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

   Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

   Dated this December 16, 2009

_M. Regina Thomas (signature)_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: mitchellg           Page 1 of 1              Date Rcvd: Dec 16, 2009
Case: 08-85264                Form ID: 428              Total Noticed: 4

The following entities were noticed by first class mail on Dec 18, 2009.
db          +Glenn Royce Favre,    110 South Columbia Drive,    #11,    Decatur, GA 30030-5318
aty         +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,    East Tower, Suite 550,
              3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty         +Angela Little Hamilton,    Angela Little Hamilton,    543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr           S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2009**                          **Signature:**  _Joseph Speetjens_