UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET**
**DEC 17 2009**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

## ORDER AND NOTICE REGARDING DEFICIENT FILING

Debtor filed a Motion to Reopen Case, Convert Case to Chapter 11, and to waive

filing fees December 9, 2009 [Doc No. 47] (the "Motion"), which is deficient because it

fails to set forth a basis for reopening the case and for conversion to Chapter 11.

Additionally, the Motion is not accompanied by a certificate showing service upon the

former Chapter 7 Trustee, the U.S. Trustee, and all creditors and parties in interest. These

deficiencies may be cured by filing amended or supplemental pleadings; accordingly, it is

hereby

**ORDERED** that if no further pleadings are filed to correct the noted deficiencies

within 20 days from the date of entry of this order, the Motion shall *stand denied.*

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the *17th* day of December, 2009.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: millerc          Page 1 of 1              Date Rcvd: Dec 17, 2009
Case: 08-85264               Form ID: pdf534         Total Noticed: 5


The following entities were noticed by first class mail on Dec 19, 2009.
db           +Glenn Royce Favre,    110 South Columbia Drive,    #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,    East Tower, Suite 550,
              3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,    Angela Little Hamilton,    543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
ust          +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                             TOTAL: 0


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                            TOTALS: 0, * 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2009**                    **Signature:**    _Joseph Speetjens_