Form B 250E (12/09)

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

# United States Bankruptcy Court

**NORTHERN** District Of **GEORGIA**

M. REGINA THOMAS,
CLERK

In re **GLENN ROYCE FAVRE** ,  )  Case No. **085-85264-MHM**

Debtor*  )

)  Chapter **7**

)  BY: _____
DEPUTY CLERK

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on **APRIL 9, 2009** (date), requesting an order for relief under chapter **7 11** of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:

75 SPRING STREET NE
ATLANTA, GA 30306

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

DALE CAPELOUTO, PRO-SE
PARTY OF INTEREST, 110 S. COLUMBIA DR 11 DECATUR GA 30030

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

M. Regina Thomas

Date: December 21, 2009     By: _____ (Deputy Clerk)

Heather Dillard

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).


American LegalNet, Inc.
www.FormsWorkflow.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          :        CASE NO. 08-85264-mhm
                                :
GLEN ROYCE FAVRE,               :        CHAPTER 7
                                :
          Debtor.               :
_____:

## APPLICATION OF TRUSTEE FOR
## APPROVAL OF EMPLOYMENT OF ATTORNEYS

COMES NOW S. Gregory Hays, the duly qualified and acting Chapter 7 Trustee herein, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, and respectfully represents:

1.     Applicant has been appointed as Chapter 7 Trustee for the above-named Debtor and is duly qualified.

2.     In order to administer this case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel.

3.     Applicant shows that it is necessary to retain an attorney to render the following legal services:

(a)     To advise, assist, and represent Applicant with respect to Applicant's rights, powers, duties, and obligations in the administration of this case, and the collection, preservation, and administration of assets of the Debtor's estate;

(b)     To advise, assist, and represent Applicant with regard to any claims and with regard to any claims and causes of action which the estate may have against various parties including, without limitation, claims for preferences, fraudulent conveyances, improper disposal of assets, and other claims or rights to recovery granted to the estate; to institute appropriate adversary proceedings or other litigation and to represent Applicant therein with regard to such claims and causes of action; and to advise and represent the Applicant with regard to the review and analysis of any legal issues incident to any of the foregoing;

(c)     To advise, assist, and represent Applicant with regard to investigation of the desirability and feasibility of the rejection or assumption and potential assignment of any executory contracts or unexpired leases, and to advise, assist, and represent Applicant with regard to liens and encumbrances asserted against property of the estate and potential avoidance for the benefit of the estate, within the Trustee's rights and powers under the Bankruptcy Code, and the initiation and prosecution of appropriate proceedings in connection therewith;

(d)     To advise, assist, and represent Applicant in connection with all applications, motions, or complaints concerning reclamation, sequestration, relief from stays, disposition or other use of assets of the estate, and all other similar matters;

(e)     To advise, assist, and represent Applicant in connection with the sale or other disposition of any assets of the estate, including without limitation the investigation and analysis of the alternative methods of effecting same; employment of auctioneers, appraisers, or other persons to assist with regard thereto; negotiations with prospective purchasers and the evaluation of any offers received; the drafting of appropriate contracts, instruments of conveyance, and other documents with regard thereto; the preparation, filing, and service as required of appropriate motions, notices, and other pleadings as may be necessary to comply with the Bankruptcy Code with regard to all of the foregoing; and representation of Applicant in connection with the consummation and closing of any such transactions;

(f)     To prepare pleadings, applications, motions, reports, and other papers incidental to administration, and to conduct examinations as may be necessary pursuant to Bankruptcy Rule 2004 or as otherwise permitted under applicable law;

(g)     To provide support and assistance to Applicant with regard to the proper receipt, disbursement, and accounting for funds and property of the estate;

(h)     To perform any and all other legal services incident or necessary to the proper administration of this case and the representation of Applicant in the performance of Applicant's duties and exercise of Applicant's rights and powers under the Bankruptcy Code.

4.      Applicant wishes to employ the law firm of Lamberth, Cifelli, Stokes, Ellis &

Nason, P.A., 3343 Peachtree Road NE, East Tower, Suite 550, Atlanta, Georgia, 30326, (404)

262-7373, as Applicant's attorneys herein.  Applicant shows that the attorneys practicing with

said law firm are admitted to practice in this Court, have knowledge and experience with regard

to the matters in which the firm is to be engaged, and are well qualified to represent Applicant.

Attached to the Firm's Bankruptcy Rule 2014 Verification attached hereto as Exhibit "A" is a

statement with regard to its qualifications and the terms and conditions of its employment,

including the current rates and policy regarding reimbursement of expenses.    Applicant

anticipates seeking reasonable compensation based upon the recognized factors.    No

compensation will be paid by Applicant to said law firm except upon application to and approval

by the Bankruptcy Court after notice and hearing as required by law.

5.      To the best of Applicant's knowledge, the law firm of Lamberth, Cifelli, Stokes,

Ellis & Nason, P.A., represents no interest adverse to Applicant, Debtors, or this estate in  the

matters upon which it is to be engaged, and said attorneys are disinterested persons under 11

U.S.C. §101(14) with regard to the matters upon which they are to be engaged, and the

appointment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., will be in the best interests of this

estate, the Debtors, creditors, and other parties in interest.

WHEREFORE, Applicant prays for authority to retain and employ the law firm of

Lamberth,  Cifelli, Stokes, Ellis & Nason, P.A., in this case for the purposes specified herein

above, and that Applicant have such other and further relief as may be just and proper.

This    day of   March ,  2009.

_____

S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
3343 Peachtree Rd. NE, Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

## EXHIBIT "A"

### RULE 2014 VERIFICATION WITH REGARD TO
### EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1.      I am an associate with the law firm of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., a professional association engaged in the practice of law with offices at 3343 Peachtree Road NE, Suite 550, Atlanta, Georgia 30326. All attorneys practicing with the Firm are attorneys at law duly admitted to practice in the State of Georgia and in the United States District Court, Northern District of Georgia.

2.      The Firm has been asked to represent the Trustee in the Chapter 7 case of Glenn Royce Favre. To the best of my knowledge, except as set forth below, the Firm has no professional, business, or other connection with the aforementioned Debtor, his creditors, or any party in interest in this case, except as is set forth in the foregoing Application or herein. The Firm represents no interest which would be adverse to Debtor's estate in connection with the matters upon which the Firm is to be engaged.

3.      Attached hereto is a Firm Description which describes the qualifications of the Firm and its current attorneys and the terms and conditions of employment, including hourly rates currently charged by the Firm.

4.      The Firm will not expect or receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 3rd day of March , 2009.

_A. Alexander Teel_
A. Alexander Teel

SWORN TO and subscribed before me
this 3rd day of March , 2009.

_Linda W. McLane_
NOTARY PUBLIC
My commission expires:

284071.doc

# LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.

Atlanta Financial Center
3343 Peachtree Road, NE
East Tower, Suite 550
Atlanta, Georgia 30326-1022
(404) 262-7373
(404) 262-9911 (fax)
www.LCSENlaw.com

## FIRM RESUME

*Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.* is engaged in a general civil practice with emphasis and concentrations in the areas of bankruptcy law, business and commercial law, creditor's rights, and trial and appellate practice. The Firm has an "av" rating in the Martindale-Hubbell Law Directory.

The Firm's business practice provides quality and cost effective business and legal advice to privately held businesses focusing on improving profitability by increasing revenues, lowering expenses, effectively managing risk and legal administration. The Firm can assist in every aspect of a privately held business including: choosing the appropriate legal entity and capital structure, employer-employee relations, business succession planning, purchase or sale of a business, protecting intellectual property, negotiating and drafting general agreements with suppliers, customers and landlords and legal administration.

The Firm charges a reasonable fee, taking into account the time and value of services rendered. Currently, time is generally charged at rates ranging from $180.00 to $425.00 per hour for attorney time and $110.00 to $155.00 per hour for paralegal time. Other relevant factors taken into account in setting a reasonable fee include the amounts involved and the results achieved in the representation, the novelty and complexity of the issues presented, and any time constraints imposed by the client or the circumstances. The Firm also charges for expenses incurred in connection with the provision of legal services as set forth in the attached Expense Description.

All attorneys practicing with the Firm are members of the State Bar of Georgia and are admitted to practice before the United States District Court of the Northern District of Georgia. Individual attorneys in the Firm are members of the State Bars in New York, Connecticut, North Carolina, Pennsylvania and South Carolina. The attached Attorney Resume sets forth the names, qualifications, and current hourly rates of the Firm's attorneys. Each attorney's hourly rate is subject to adjustment in accordance with the changes in his or her qualifications, experience, and ability. The Firm may hire additional associate attorneys, whose hourly rates will be determined in accordance with their qualifications, experience, and ability.

85473.wpd

Case 08-85264-mhm    Doc 79    Filed 12/21/09    Entered 12/23/09 07:02:38    Desc Main
Case 08-85264-mhm    Doc 17D    Filed 03/03/09    Entered 03/03/09 09:43:07    Desc Main
                            Document       Page 6 of 15

## ATTORNEY RESUME

### Members

**J. Michael Lamberth** ($425.00 per hour). B.E., magna cum laude, Vanderbilt University, 1970; J.D., with distinction, Duke University, 1973. Admitted to bar, 1974. Law clerk to: the Honorable Sidney O. Smith, Jr., Chief U.S. District Court Judge for the Northern District of Georgia, 1973-74; the Honorable James C. Hill, U.S. District Court Judge for the Northern District of Georgia, 1974-75; State Bar of Georgia Bankruptcy Section - Member, Board of Directors 1993-1997; Treasurer 1994-1995; Vice-Chair, 1995-1996; Chair, 1996-1997. Advisory Committee of the Judicial Conference of the United States, Federal Rules of Bankruptcy Procedure (appointed by the Chief Justice for an additional three year term commencing October 2008). Director, Southeastern Bankruptcy Law Institute.

**James Craig Cifelli** ($425.00 per hour). A.B., cum laude, Duke University, 1973; J.D., Vanderbilt University, 1976. Admitted to bar, 1976. Speaker at seminars for lawyers and credit managers on topics relating to bankruptcy, enforcement of creditor's rights and collection of accounts. (Also admitted in Connecticut.)

**Gary D. Stokes** ($320.00 per hour). A.B., summa cum laude, University of Georgia, 1974; J.D., University of Georgia, 1978. Admitted to bar, 1978. Phi Beta Kappa, Phi Kappa Phi. (Also admitted in South Carolina.)

**G. Frank Nason, IV** ($375.00 per hour). B.A., Vanderbilt University, 1983; J.D., cum laude, Walter F. George School of Law, Mercer University, 1986. Admitted to bar, 1986. Member, 1984-85 and Managing Editor Staff, 1985-86, MERCER UNIVERSITY LAW REVIEW; Recipient, American Jurisprudence Award for Property, II.

**Gregory D. Ellis** ($375.00 per hour). B.S., University of Pennsylvania, 1984; J.D., with distinction, Emory University, 1989. Admitted to bar, 1989. C.P.A., licensed in State of New York, 1986. (Also admitted in New York.)

**Stuart F. Clayton, Jr.** ($315.00 per hour). B.A., University of North Carolina, 1983; J.D., University of North Carolina, 1987. Admitted to bar, 1989. Articles Editor, NORTH CAROLINA JOURNAL OF INTERNATIONAL LAW AND COMMERCIAL REGULATION, 1986-87. (Also admitted in North Carolina.)

### Associates

**A. Alexander Teel** ($300.00 per hour). B.A., magna cum laude, Louisiana Tech University, 1967; M.A. University of Mississippi, 1970; J.D., cum laude, Georgia State University, 1989. Admitted to bar, 1989. Lead Articles Editor, GEORGIA STATE UNIVERSITY LAW REVIEW, 1988-89. Law clerk to the Honorable Stacey W. Cotton, U.S. Bankruptcy Judge for the Northern District of Georgia, 1989-1991.

**Sharon K. Kacmarcik** ($300.00 per hour). B.S., highest honors, University of Illinois, 1988; J.D., with distinction, Emory University, 1991. Admitted to bar, 1991. Professional Articles Editor, EMORY INTERNATIONAL LAW REVIEW, 1990-91. Law Clerk to the Honorable Sam B. Hall, Jr., United States District Judge, Eastern District of Texas, 1991-92. (Also admitted in Texas and Illinois.)

**William D. Matthews** ($285.00 per hour). B.S., magna cum laude, University of South Carolina, 1983; J.D., with honors, Duke University, 1986. Admitted to bar, 1986. Law clerk to the Honorable W. Homer Drake, Jr., United States Bankruptcy Court, Northern District of Georgia, 1986 - 1989.

**Robert B. Campos** ($230.00 per hour). B.A., Emory University, 1998; J.D. (cum laude) and M.B.A., Georgia State University College of Law and J. Mack Robinson College of Business, 2001. Admitted to bar, 2002. Moot Court Board (Nat'l App. Adv'cy and ABA Nat'l App. Adv'cy Teams; Best Overall Advocate, Moot Court Board App. Adv'cy Competition), 1999-2001. Vice-President, Asian American Law Students Association, 1999-2000.

**Christopher D. Phillips** ($200.00 per hour). B.A., Northwestern University, 1993; J.D., cum laude, University of Georgia School of Law, 2002. Admitted to bar, 2002. Recipient, Southeastern Bankruptcy Law Institut e Scholarship, 2002. Law Clerk to the Honorable Judges Davis, Walker, and Dalis, United States Bankruptcy Court for the Southern District of Georgia, 2003-2005.

**Maggie O. Rentz** ($180.00 per hour). B.S., cum laude, Florida State University, 2003; J.D., cum laude, University of Georgia School of Law, 2006. Admitted to bar, 2006. Articles Editor, GEORGIA LAW REVIEW, 2005-2006. Law Clerk to The Honorable James E. Graham, United States Magistrate Judge for the Southern District of Georgia, 2006-2008.

## LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.

### Expense Description

Out-of-pocket expenses incurred in connection with the provision of legal services are charged to the client for reimbursement of the amount expended. These charges typically include: court filing fees; court reporting fees for appearances or transcriptions in connection with testimony at hearings, trials, depositions or examinations; record search fees by independent services; out-of-town express courier charges; postage; travel expenses (including lodging and air fare); costs for working luncheons or dinners and out-of-town meals; charges for copies of documents outside the office and applicable certification fees (public records, court documents, opposing counsel charges); and online research (actual cost or, in the case of services available for a flat fee, a charge based on the estimated average cost of the services).

The Firm contracts with an independent courier service for deliveries within the metropolitan Atlanta area. The Firm charges either actual cost per delivery or a pro rated charge based on the estimated cost of the service in the event of multiple deliveries.

The Firm also charges for the following:

Photocopies (10 cents per page)

Long Distance Telephone Toll charges (cost plus nominal administrative charge)

Telecopy Transmissions and Receipts (25 cents per page sent or received)

Local travel (mileage at rates consistent with the then applicable Internal Revenue Code Procedure is 55 cents per mile)

## LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.

### REPRESENTATIVE CASE LIST WITH RESPECT TO CREDITORS COMMITTEE, CREDITOR, DEBTOR IN POSSESSION, TRUSTEE, AND RECEIVER REPRESENTATION

**Attorneys for Creditors Committee:**

Amarlite Architectural Products, Inc. -- Aluminum building products manufacturer.

Electronic Medical Devices, Inc. d/b/a EMD.com -- Medical website.

Film Fabricators, Inc. -- Manufacturer of film packaging.

Flooring America, Inc. -- Flooring products retailer and franchisor.

G & W Asset Management, Inc. -- Investment manager.

Hi-Fi Buys, Inc. -- Consumer electronics retailer.

Kaleidoscope, Inc. -- Mail order consumer retailer.

Lewis Carpet Mills, Inc. -- Carpet manufacturer.

Media Group, Inc. -- Color printing house.

National Steel Service Centers, Inc. -- Steel and building products.

NationsAir Express, Inc.-- Charter air service.

Papillon, Inc. -- Mail order consumer retailer.

Southeast Toys, Inc. -- Toy distributor.

Southmark Corporation -- Real estate syndication and financial services. (Equity Securities Holders Committee)

**Attorneys for Trustee, Examiner or Liquidating Agent:**

1-800-Database, Inc. -- Internet advertising database. (Ira D. Gingold, Trustee)

All American of Ashburn, Inc., and All American Housing of Alabama, Inc. -- Mobile home manufacturers. (Paul W. Bonapfel, Trustee)

Alliance Resource Management, LLC - real estate. (Harry Pettigrew, Trustee)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 2**

Borden Chemicals, Inc. -- Specialty Chemical Manufacturer and Distributor.
(GlassRatner, Liquidating Agent)

Brown Transport Truckload, Inc., and Affiliates -- Trucking company.
(Robert E. Brizendine, Trustee)

Burger Hotels, Inc. -- Hotel.
(Paul W. Bonapfel, Trustee)

Galey & Lord, Inc. – textile manufacturer.
(S. Gregory Hays, Trustee)

General Resources Corporation -- Holding company for subsidiaries engaged in real estate,
real estate finance, insurance.
(Paul W. Bonapfel, Trustee)

Major Tire Company -- Tire retailer.
(Thomas P. Stamps, Trustee)

Preferred Alliance, Inc.-- Telemarketing company.
(James C. Cifelli, Trustee)

QOS Networks, Inc.-- Telecommunications provider.
(S. Gregory Hays, Trustee)

RDM Sports Group, Inc. -- Sporting goods retailer.
(William G. Hays, Trustee)

South Star Funding, LLC – subprime lender.
(Harry Pettigrew, Trustee)

Stewart Finance Company and related Debtors – Consumer loans.
(S. Gregory Hays, Trustee)

Winder Rug Mills, Inc. -- Rug manufacturer.
(William H. Willson, Jr., Trustee)

World Bazaar Franchise Corporation -- Retail chain store operator and franchisor.
(William G. Hays, Jr., Examiner)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 3**

**Attorneys for Chapter 11 Debtors-in-Possession:**

Gilbert & Bennett Manufacturing, Inc. -- Wire and fencing manufacturer.

Associated Distributors, Inc. -- manufacture, and retail sales and distribution of building materials and home decor products.

Beau Rivage, Ltd. -- Apartment complex owner.

Chipman Union, Inc. -- Textile manufacturer.

Hartwell Industries, Inc. -- Importer, manufacturer and distributor of casual and sports apparel.

Augusta Tissue Mill, LLC – recycled paper products manufacturer.

Colorocs Corporation -- Color Office Products.

Corporate Jet Aviation -- Aviation fixed base operator.

Crescent Airways Corp. (and related companies) -- helicopter flight contractor.

Fleetway Rubber, Inc. -- Retread rubber processor.

First American Health Care of Georgia, Inc. -- Home healthcare provider.

General Time Corporation, Inc. – Clock manufacturer.

Georgia Girl Fashions, Inc. -- Women's apparel retail chain.

Gulf Properties Financial Services, Inc. -- Real estate financing company.

Hayes Microcomputer Products, Inc. -- Computer modem manufacturer.

Hooters of Augusta, Inc. -- Neighborhood restaurant and bar.

iPCS, Inc. -- A Sprint PCS telecommunications affiliate.

Jocks & Jills Restaurants, LLC – restaurant chain.

Johnston Industries, Inc. – textile manufacturer.

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 4**

Le Petit Bistro, Inc. -- Fast food restaurant chain.

Micro Mart, Inc. -- Computer retailer.

Pac One, Inc. -- Packaging manufacturer.

Pony Express Delivery Services, Inc.-- Courier and time-sensitive delivery services.

Pro-Formance Shocks, Inc. -- Auto racing shock manufacturer.

Q 'n E, Inc. -- Convenience store chain.

Roberson Produce Co., Inc. -- Produce wholesaler.

Southwest Hospital and Medical Center, Inc. – acute care hospital.

Sidewater Recycling, Inc. -- Plastics reprocessor.

Taber Pontiac, Inc. -- Automobile dealer.

Tennessee Chemical Company -- Chemical manufacturer.

The Sport Shoe, Inc. -- Athletic shoe retailer.

Titan Energy, Inc. -- Suppliers of natural gas for both consumers and commercial enterprises.

TransMeridian Airlines, Inc. -- Commercial airline.

Vintage Enterprises, Inc. -- Mobile home manufacturer.

World Access, Inc. -- Telecommunications provider.

**Attorneys for Receiver:**

Atlanta Wholesale Produce Co., Inc. -- Wholesale produce.
(Paul W. Bonapfel, Receiver)

Blue Sky Petroleum, LLC – Convenience store operator.
(William G. Hays & Associates, Inc., Receiver)

Cobb Centre -- Shopping center.
(Paul W. Bonapfel, Receiver)

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 5**

> E. G. Frances & Co. -- Stockbroker.
> (J. Michael Lamberth, Receiver)

> Equitec, Inc. -- Office building.
> (Charles C. Crumley, Receiver)

> The Robert S. Medow Corporation -- Residential siding manufacturer.
> (Paul W. Bonapfel, Receiver)

**Attorneys for Creditors:**

> IMS Group, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented junior secured creditor.

> Eagle Acquisition Group, LLC d/b/a Burch-Lowe (U.S. Bankr. Ct., N.D. Ga.) -- represented three secured equipment vendors.

> EarthCare, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented major bondholder and guarantor of senior debt.

> Netrail, Inc. (U.S. Bankr. Ct., N.D. Ga.) -- represented landlord.

> Globix Corporation (U.S. Bankr. Ct., D. Del.) -- represented landlord.

> Lason, Inc. (U.S. Bankr. Ct., D. Del.) -- represented landlord.

> Heilig-Meyers Furniture Company, Inc. (U.S. Bankr. Ct., E.D. Va.) -- represented credit card processor.

> Mariner Post-Acute Network, Inc. (U.S. Bankr. Ct., D. Del.) -- represented landlord.

> Mid-American Waste Systems, Inc. (U.S. Bankr. Ct., D. Del.) -- represented City of Sugar Hill.

> Paragon Trade Brands (U.S. Bankr. Ct., N.D. Ga..) -- represented unsecured creditors.

**Non-Bankruptcy Work-Outs and Liquidations:**

Due to confidentiality obligations and commitments, the names of clients represented in non-bankruptcy work-outs cannot be disclosed. The general nature of clients which the Firm has represented in non-bankruptcy work-outs and liquidation includes the following:

**LAMBERTH, CIFELLI, STOKES, ELLIS & NASON, P.A.**
**Representative Case List**
**Page 6**

Real Estate Investors, Developers, and Builders.

Manufacturer of materials handling equipment.

Fast food franchisee operation with multiple stores.

Asphalt manufacturing facility and paving business.

Printing company.

Environmental engineering company.

Apparel retail chain.

Office products distributor.

Commercial roofing contractor.

Eleemosynary institutions.

Sawmill and lumber treatment plant.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document upon all those parties listed below by depositing same in the U. S. mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

<div style="margin-left:2em">

Office of the U.S. Trustee
362 Richard B. Russell Federal Building
75 Spring Street SW
Atlanta, GA  30303

S. Gregory Hays
3343 Peachtree Rd., NE #200
Atlanta, GA 30326-1420

Angela Little Hamilton
A.L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214

Glenn Royce Favre
6240 Lakeview Court
Rex, GA 30273

</div>

This 3rd day of March, 2009.

<div style="margin-left:4em">

_/s/ A. Alexander Teel_
A. Alexander Teel

</div>



**IT IS ORDERED as set forth below:**

**Date: March 03, 2009**

_____
Margaret H. Murphy
U.S. Bankruptcy Court Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  08-85264-MHM |
| | : | |
| GLEN ROYCE FAVRE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING EMPLOYMENT OF ATTORNEYS

S. Gregory Hays, Chapter 7 Trustee, filed March 3, 2009, an application for approval of

employment of Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE, Suite

550, Atlanta, Georgia 30326-1022 (the "Firm") as counsel for Trustee and the estate (Doc. No. 17).

The Firm of attorneys are qualified to represent Trustee in this case, represent no interest adverse to

Debtor or the estate in the matters upon which they are to be engaged, and their employment is

necessary and is in the best interests of the estate. Accordingly, it is hereby

**ORDERED** that the employment by Trustee of Lamberth, Cifelli, Stokes, Ellis &

Nason, P.A., is authorized and approved for the purposes specified in said Application.  No

compensation or expense reimbursement from the estate is authorized except as provided by

Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and

hearing thereon.  It is further

        **O R D E R E D**  that this Order is entered subject to written objection of the U.S.

Trustee or any other party in interest, filed within twenty (20) days from the date of service of

this Order.  In the event any written objections are filed within said period, then a hearing will be

held on notice to the objecting party and the Debtor.

<div align="center">

**[END OF DOCUMENT]**

</div>

**Prepared and presented by:**

**LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.**
Attorneys for the Chapter 7 Trustee

By: ___/s/ A. Alexander Teel_____
      A. Alexander Teel
      Georgia Bar No. 701490
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-3(c) (2), N.D.Ga.:**

A. Alexander Teel, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE,
Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Rd., NE #200, Atlanta GA
30326-1420

Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville,
GA 30214

Case 08-85264-mhm    Doc 79    Filed 12/21/09    Entered 12/23/09 07:02:38    Desc Main
Case 08-85264-mhm    Doc 19 D Filed 03/06/09 a Entered 03/07/09 02:52:37    Desc Imaged
Certificate of Service    Page 3 of 6

# CERTIFICATE OF NOTICE

District/off: 113E-9               User: millerc                Page 1 of 1              Date Rcvd: Mar 04, 2009
Case: 08-85264                    Form ID: pdf408             Total Served: 6

The following entities were served by first class mail on Mar 06, 2009.
db          +Glenn Royce Favre,    110 South Columbia Drive,    #11,    Decatur, GA 30030-5318
aty         +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,    East Tower, Suite 550,
             3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty         +Angela Little Hamilton,    Angela Little Hamilton,    543 E. Lanier Avenue,
             Fayetteville, GA 30214-2240
aty         +Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.,    3343 Peachtree Road, NE,    Suite 550,
             Atlanta, GA 30326-1428
tr           S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
             Atlanta, GA  30326-1420
ust         +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2009                          Signature:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN DISTRICT OF GEORGIA

**FILED**

In Re:

Glenn Royce Favre,

Debtor.

Case No: 08-85264-mhm

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES

FREDERICK L. MOUSER, ESQUIRE, of the law firm of MOUSER & MOUSER, P.A., hereby

enters his appearance as attorney for **Cox Lumber Co., a Florida corporation, d/b/a HD Supply**

**Lumber & Building Materials,** a creditor in the above-styled cause of action, and requests that he be

added to the case matrix and receive copies of all notices, pleadings and orders filed in this cause.

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice has been furnished
by regular U.S. Mail to *Debtor, Glenn Royce Favre,* at 110 South Columbia Drive, #11, Decatur, GA
30030; *Angela Little Hamilton, Esq., Attorney for Debtor,* at 543 E. Lanier Avenue, Fayetteville, GA
30214, and to; *S. Gregory Hays, Hays Financial Consulting, LLC, Trustee,* at 3343 Peachtree Road, NE,
Suite 200, Atlanta, GA 30326-1420, on this ___ day of December, 2008.

                                    MOUSER & MOUSER, P.A.
                                    Attorneys at Law


                                    Frederick L. Mouser, Esq.
                                    1032 9th Street North (MLK)
                                    St. Petersburg, FL 33705
                                    Telephone:  (727) 822-0300
                                    Attorney for Cox Lumber Co.
                                    Florida Bar No. 169029

B 201 (12/08)

*Case 08-85244. mHM*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

### NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
### OF THE BANKRUPTCY CODE

DEC   9 2009

M. Regina Thomas, Clerk

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

Best Case Bankruptcy

Return To:
Glenn Favre
Top To Bottom Renovations, LLC
110 S. Columbia Dr. #11
Decatur, GA 30030

404-942-2715

## Materialman's and Mechanic's Claim of Lien
### State of Georgia, Fulton County

Top To Bottom Renovations, LLC , engaged in the business of improving real estate by performing services, furnishing materials and/or equipment, claims a lien in the amount of $67,498.64 plus interest thereon as provided by law, upon a certain building and the real estate upon which it is erected of:

George L. Lessane III

property owner(s), for satisfaction of a claim which became due on 02/26/2009 for building, repairing, improving and/or furnishing material and labor for a building or structure. Said labor, materials, or equipment were furnished by the undersigned lien claimant at the instance of George Lee Lessane

The real estate in Fulton County, Georgia being more particularly described as:

Land Lot 46 of the 14th District
Property known as 351 Sixth Street NE
Warranty Deed: 47406  Page: 90

And being more particularly described on EXHIBIT "A" attached hereto and by reference incorporated herein.

*Note To Owner: The property owner has the right to contest the claim of lien pursuant to O.C.G.A. 44-14-368.*

**This claim of lien expires and is void 395 days from the date of filing of the claim of lien if no notice of commencement of lien action is filed in that time period.**

Top To Bottom Renovations, LLC

BY: _____                    DATE: 4/7/09
Glenn Favre

ITS:   Owner   _____

================================ TO RELEASE CLAIM OF LIEN ================================

Instructions:   To release this lien in the public record filings, the Lien Claimant must sign the information below the original lien, then mail the original lien and a $7.00 check payable to "The Clerk of Superior Court of Fulton County".

Mail To:   Superior Court Clerk of Fulton County, 136 Pryor Street
Atlanta, Ga  30303, Attn: Lien Filings.

This instrument is hereby cancelled and the Clerk of Superior Court of Fulton County, Georgia is hereby authorized and directed to satisfy it of record.

This the _____ day of _____ . _____ .

Top To Bottom Renovations, LLC

BY: _____          Title: _____

LLD-205-3033523-IHDS

CDI Credit, Inc.
6160 Peachtree Dunwoody Rd., Ste B-210
Atlanta, GA 30328
Phone  770-350-5070      Fax  770-394-2197



**CDI Credit, Inc.**
*Lien Expiration Report*

Glenn Favre
Top To Bottom Renovations, LLC
110 S. Columbia Dr. #11
Decatur, GA  30030

404-822-3031
404-373-1137
m3990633

Dear Glenn Favre ;

**Below are listed liens CDI filed on your behalf that will be expiring in the next three months. This letter is to notify you of the need to take action regarding these liens.**

**Busch & Reed, The Construction Law Experts:**

If the debts involving these liens have not yet been paid, and you are considering filing a lawsuit to perfect the lien(s) before they expire, Busch & Reed can advise you of your legal options. Busch & Reed is dedicated to meeting the legal needs of the construction industry, and has helped its clients collect millions of dollars in debt. For more information, visit BuschReedLaw.com or call (770) 424-1934.

If the debts involving these liens are no longer outstanding, you should make arrangements to have a lien release filed on your company's behalf. Please indicate below any lien that you would like CDI to release and cancel of record for you. If you have already released any liens yourself, please indicate that below as well, so we can remove such liens from future Lien Expiration Reports. Once you have completed the form, you can return it to us by fax or mail.

| Last Date: | Debtor: | Amount | Property | Work Order |
|---|---|---|---|---|
| 10/7/2008 | Eric Miller | 19,656.00 | Land Lot:  54    District:   17th<br>Being Known As: 570 Cresthill Avenue<br>Warranty Deed:  15315       Page: 188<br>Fulton County | 3031705 |
| | ___ This lien has been released | | _____ Please release on my behalf  (Normal charges apply) | |
| | Date of Lien Release: | | Signature: | |
| 11/5/2008 | Ray Martin | $9,100.00 | Land Lot: 95       District: 14th<br>Being Known As: 3456 Louise Street<br>Warranty Deed: 44825       Page: 639<br>Fulton County | 3032043 |
| | _____ This lien has been released. | | _____ Please release on my behalf  (Normal charges apply) | |
| | Date of Lien Release: | | Signature: | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| GLENN ROYCE FAVRE, | § | CASE NO. 08-85264-mhm |
| | § | |
| Debtor. | § | |

| | | |
|---|---|---|
| SUNTRUST MORTGAGE, INC., | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CONTESTED MATTER |
| | § | |
| GLENN ROYCE FAVRE and | § | |
| S. GREGORY HAYS, Trustee, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## SUNTRUST MORTGAGE, INC.'S MOTION FOR RELIEF FROM STAY

COMES NOW, SUNTRUST MORTGAGE, INC. (hereinafter, "SunTrust Mortgage" or, alternatively, "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

ALICE R. HUNEYCUTT, Esq.  & Tina Fishser, Esq.
SunTrust Bank Holdings, et.al. & Fidelity National Financial Title
Corporate Counsel
Sterns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
SunTrust Financial Center, Suite 2200
Tampa, Florida 33601

Filed in Clerk's Office and
a true copy certified
this 12 day of Aug 20 09
W. YVONNE EVANS, CLERK

By: _____
Deputy Clerk

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

NOV 12 2009 PM 04:25

H. REGINA THOMAS,
CLERK

**Form 210A (10/06)**

# United States Bankruptcy Court

**NORTHERN**     District Of **GEORGIA**     BY:_____
DEPUTY CLERK

In re **GLENN ROYCE FAVRE**,     Case No. **08-85264-MHM**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

**GLENN ROYCE FAVRE**
Name of Transferee

**GREGORY HAYS, U.S. TRUSTEE**
Name of Transferor

Name and Address where notices to transferee
should be sent:

110 S COLUMBIA DR 11
DECATRUR, GA 30030

Phone: 404-373-1137
Last Four Digits of Acct #: NA ₩₩

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____ 1610 __

Court Claim # (if known): 09-9069
Amount of Claim:  TITLE  $155,000.00
Date Claim Filed:  10/14/09

Phone: 1-800-SUN-TRUST
Last Four Digits of Acct. #: NA

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By _____ Res.     Date: November 12, 2009
Transferee/Transferee's Agent
FAVRE & BENNETT, LLC

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Ex 8

American LegalNet, Inc.
www.FormsWorkflow.com

## Acceptable Mortgage Insurers

A List of Companies

- The companies listed in the table below may be used to provide mortgage insurance coverage.
- These companies are acceptable for all products, unless otherwise noted in the *Wholesale MI Guidelines Matrix*.

  *Reference:* See the "MI Product Restrictions" topic subsequently presented for additional information regarding the *Wholesale MI Guidelines Matrix*.

- Current rate cards for mortgage insurance premiums are available through the local MI representative and on the individual MI company's website.



| MI Company | MI Company Website |
|---|---|
| AIG United Guaranty (United Guaranty Residential Insurance Co.) | www.ugcorp.com |
| MGIC (Mortgage Guaranty Insurance Corporation) | www.mgic.com |
| RMIC (Republic Mortgage Insurance Company) | www.rmic.com |
| Radian (Radian Guaranty, Inc.) | www.radian.biz |

  *Reference:* See the "Mortgage Insurance Standard Coverage Chart" topic subsequently presented for MI coverage requirements per product.

MLCS Provider Override Will Internal Information Only*

All requests to override the MLCS selected MI provider should be e-mailed to secondary.lockdesk@suntrust.com.

## Attachment D

Case 08-85264-mhm    Doc 79    Filed 12/21/09    Entered 12/23/09 07:03:38    Desc Main
Case 09-09069-mhm    Doc 1    Document    Page 29 of 38    Filed 12/08/09    18:02:45    Desc Main, 00
Case 08-85264-mhm    Doc 28    Document    Page 1 of 1    Filed 04/02/09    Entered 04/02/09 17:36:22    Desc Main

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        *    CHAPTER 7
GLENN ROYCE FAVRE                             *    CASE NO. 08-85264-MHM
                                              *    JUDGE MARGARET H. MURPHY
                                              *

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Sean R. Quirk, on behalf of AMERICA'S SERVICING COMPANY, AS SERVICER FOR

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP

MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEAMS ALT-A TRUST 2004-6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ITS SUCCESSORS

OR ASSIGNS, hereby enters his appearance as attorney for AMERICA'S SERVICING COMPANY, AS SERVICER FOR

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP

MORGAN CHASE BANK NA AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR

STEAMS ALT-A TRUST 2004-6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ITS SUCCESSORS

OR ASSIGNS in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that his name be added to the

mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all

papers served or required to be served in this case be given to and served upon the following:

Shapiro & Swertfeger
2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341-3941

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the

Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints,

demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the

foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated April 2, 2009.

/s/ Sean R. Quirk
Sean R. Quirk
Georgia Bar Number 136746

2872 Woodcock Boulevard, Suite 100
Atlanta, GA 30341-3941
(770) 220-2535

B6A (Official Form 6A) (12/07)

In re    **Glenn Royce Favre**    Case No. _____

_____
Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| house & lot @ 5240 Lakeview Court Rex, GA 30273 | titled to debtor | H | 130,000.00 | 110,693.00 |
| house under construction & lot @ 1914 E. Columbus Drive Tampa, FL 33605 | titled to debtor | H | 153,000.00 | 253,500.00 |

Attachment C

|  |  |  |
|---|---|---|
| Sub-Total > | 283,000.00 | (Total of this page) |
| Total > | 283,000.00 | |
| | (Report also on Summary of Schedules) | |

__0__   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy



## Certificate of Service

I, **Monica K. Gilroy**, certify that I am over the age of 18 and that on **April 3, 2009**, I served a copy of the foregoing **Notice of Rescheduled Hearing on Motion for Relief From Stay** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Angela Little Hamilton, Esq.
A. L. HAMILTON & ASSOCIATES, LLC
543 E. Lanier Avenue
Fayetteville, Georgia 30214
*Counsel for Debtor*

Mr. S. Gregory Hays
HAYS FINANCIAL CONSULTING, LLC
3343 Peachtree Road, N.E., Suite 200
Atlanta, Georgia 30326-1420
*Chapter 7 Trustee*

OFFICE OF THE UNITED STATES TRUSTEE
Suite 362, Russell Federal Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

A. Alexander Teel, Esq.
LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.C.
3343 Peachtree Road, N.E., Suite 550
Atlanta, Georgia 30326-1022
*Counsel for Chapter 7 Trustee*

Dated: April 3, 2009.

　　/s/ Monica K. Gilroy
Monica K. Gilroy
(Georgia Bar No. 420527)
**Attorney for Movant**
**SunTrust Mortgage, Inc.**
DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Email: mkg@dickensongilroy.com

3

Filed in Clerk's Office and
a true copy certified
this 12 day of Aug 20 09
W. YVONNE EVANS, CLERK

By
Deputy Clerk

compensation or expense reimbursement from the estate is authorized except as provided by

Bankruptcy Code §§ 330 and 331, on order of this Court following application, notice, and

hearing thereon.   It is further

       **O R D E R E D** that this Order is entered subject to written objection of the U.S.

Trustee or any other party in interest, filed within twenty (20) days from the date of service of

this Order.  In the event any written objections are filed within said period, then a hearing will be

held on notice to the objecting party and the Debtor.

### [END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI, STOKES,
ELLIS & NASON, P.A.
Attorneys for the Chapter 7 Trustee

By: ___/s/ A. Alexander Teel_____
      A. Alexander Teel
      Georgia Bar No. 701490
3343 Peachtree Road NE, Suite 550
Atlanta, GA 30326-1022
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-3(e) (2), N.D.Ga.:**

A. Alexander Teel, Lamberth, Cifelli, Stokes, Ellis & Nason, P.A., 3343 Peachtree Road NE,
Suite 550, Atlanta, GA 30326

Office of U.S. Trustee, 362 Richard Russell Building, 75 Spring Street SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 3343 Peachtree Rd., NE #200, Atlanta GA
30326-1420

Angela Little Hamilton, A.L. Hamilton & Associates, LLC, 543 E. Lanier Avenue, Fayetteville,
GA 30214

Filed in Clerk's Office
a true copy certified
this ___ day of _____
W. YVONNE EVANS, CLERK

By _____
Deputy Clerk

Case 08-85264-mhm    Doc 1    Filed 12/09/08    Entered 12/09/08 13:06:22    Desc Main
                        Document      Page 14 of 62

7

**18 . Nature, location and name of business**

None ☑

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Top to Bottom Renovations, LLC | | 110 S. Columbia Drive, #11 Decatur, GA 30030 | home remodeling | 2005 to present |
| Well Hung Galleries, Inc. | | 110 S. Columbia Drive, #11 Decatur, GA 30030 | online art gallery | 11/2007 to present |
| Favre & Bennett, LLC | | 3827 Chattahoochee Summit Drive Atlanta, GA 30339 | debtor is member with Allen Scott Bennett 50 - 50 ownership | 2/18/05 to present |
| 1816 15th Ave., LLC | | 5122 31st Avenue, S Saint Petersburg, FL 33707 | debtor is member with John Stokes & Allen Scott Bennett (no value) 33.33%,zA 33.34%, 33.33%; respectively | 11/2/05 - administratively dissolution 9/26/08 |
| 1914 Columbus Drive, LLC | | 5122 31st Avenue S Saint Petersburg, FL 33707 | debtor is member with Allen Scott Bennett (no value) | 8/23/06 - administrative dissolution on 9/26/08 |
| Lot 14 Essex, LLC | | 6240 Lakeview Court Rex, GA 30273 | debtor is member with Allen Scott Bennett | 10/5/2005 - administrative dissolution on 9/15/6006 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## SunTrust Approved Title Insurance Companies

**List**    SunTrust has approved the following list of title companies.    Binders/policies received from companies which are not on our approved list must have the company approved by the Resource Center, prior to the loan closing.

| Approved Title Companies | |
|---|---|
| **MLCS Code** | **Name** |
| 01 | American Title Insurance Company |
| 02 | Chicago Title Insurance Company |
| 03 | Commonwealth Land Title Insurance Company |
| 04 | Conestoga Title Insurance Company |
| 05 | Connecticut Attorneys Title Insurance Company |
| 06 | Fidelity National Title Insurance Company of California |
| 07 | Fidelity National Title Insurance Co. of New York (formerly Security Title and Gty Co., NY, NY) |
| 08 | Fidelity National Title Insurance Co. of Pennsylvania (formerly Meridian Title Insurance Company) |
| 09 | Fidelity National Insurance Company of Tennessee |
| 10 | First American Title Insurance Company |
| 11 | Industrial Valley Title Insurance Company |
| 12 | Investors Title Insurance Company |
| 13 | Jefferson-Pilot Title Insurance Company |
| 14 | Lawyers Title Insurance Corporation |
| 15 | Mortgage Guarantee and Title Company; Providence, Rhode Island |
| 16 | National Land Title Insurance Company |
| 17 | Nations Title Insurance of New York, Inc. |
| 18 | Old Republic National Title Insurance Company |
| 19 | Security Title Guarantee Corporation of Baltimore |
| 20 | Security Union Title Insurance Company |
| 21 | South Carolina Title Insurance Company |
| 22 | Southern Title Insurance Company |
| 23 | Stewart Title Guaranty Company |
| 24 | T.A. Title Insurance Company |
| 25 | Ticor Title Insurance Company |
| 26 | TransAmerica Title Insurance Company |
| AIG 27 | United General Title Insurance Company |
| 28 | American Pioneer Title Insurance Company |
| 29 | Alliance Title of America Inc. (FL) |
| 30 | United Title Insurance Co. (CA) |
| 31 | Washington Title Insurance Co. (NY) |
| 32 | Westcor Land Title Insurance Co. (CA) |
| 33 | National Title Insurance of New York, Inc. |
| 34 | Commerce Title Insurance Company (CA) |
| 35 | Attorneys' Title Insurance Fund (FL) |
| 36 | Dakota Homestead Title Insurance Company (SD) |
| 37 | Censtar Title Insurance Company (TX) |
| 38 | American Eagle Title Insurance Co. (OK) |
| 50 | Guarantee Title and Trust |

*Continued on next page*



Section 1.10
Title Insurance
Broker Seller Guide

**SunTrust**
MORTGAGE

January 20, 2009
Page 20 of 21

**Acceptable mortgage insurers**

**List of Companies**

- The companies listed in the table below may be used to provide mortgage insurance coverage.
- These companies are acceptable for all products, unless otherwise noted in the *Wholesale MI Guidelines Matrix*.

  Reference: See the "MI Product Restrictions" topic subsequently presented for additional information regarding the *Wholesale MI Guidelines Matrix*.

- Current rate cards for mortgage insurance premiums are available through the local MI representative and on the individual MI company's website.

| MI Company | MI Company Website |
|---|---|
| AIG / United Guaranty (United Guaranty Residential Insurance Co.) | www.ugcorp.com |
| MGIC (Mortgage Guaranty Insurance Corporation) | www.mgic.com |
| RMIC (Republic Mortgage Insurance Company) | www.rmic.com |
| Radian (Radian Guaranty, Inc.) | www.radian.biz |

Reference: See the "Mortgage Insurance Standard Coverage Chart" topic subsequently presented for MI coverage requirements per product.

**MLCS Provider Override**
*MI Internal Information Only*

All requests to override the MLCS selected MI provider should be e-mailed to secondary.lockdesk@suntrust.com.

FOR UPS SHIPPING ONLY

## Georgia Department of Banking and Finance
### *LEGAL AND CONSUMER AFFAIRS DIVISION*      FILED MAY 2 0 2008
2990 Brandywine Road, Suite 200, Atlanta, GA 30341-5565
Tel: 770-986-1633, (888) 986-1633; Fax: 770-986-1657; Website: www.gadbf.org

Bad Faith – I started requesting discovery in January 08 and Suntrust has ignored all request for disclosure and the documents in the qualified request. I have tried to ask them for their cooperation and do not receive phone calls back from either Mr. Aponte, Richard Willits, Paige Whaley, and to this day the mortgage documents do not match the closing mortgage documents the title company provided me.

Extortion by Paige Whaley and Richard Willits by taking deducting interest payments from draws allowing Urban Craftsman Homes and Andre Keith Sanders to continue to receive unauthorized draws. The final disbursement does not match the check. I never received the $2,400 as stated on the Draw Schedule and per her email.


**REQUESTED RELIEF:**

All costs, damages, and attorney's fees and expenses as a result of Suntrust Mortgage's servicing of the loan, as provided under Section 6 RESPA. All compensatory damages as provided by law as a result of Suntrust Bank and Mortgage's negligent servicing of the loan.

Supporting Documentation: Written request for Suntrust Disbursement Authorization & Borrower Construction-Permanent Loan Questionnaire, copy of final Construction Draw   Appraisal Summary, Hillsborough County Clerk of Court Record for Timothy R. McColm (Appraiser), last Construction Draw Schedule (Loan Disbursed $247K)  Last Inspection Report (89,10% complete), public court and liens filed. UCH and Andre Keith Sanders Termination Letter (also POA for closing), Email to Tampa@ic fbi.gov (white collar crimes), Copy of Construction Draw Check from Paige Whaley after we reported as fraud

**Submitted By:**                                                        Date: 5-20-0 ̶6̶
         *CONSUMER'S SIGNATURE (REQUIRED)*
**Please attach additi____

**FEDERAL
RESERVE
BANK
*of* ATLANTA**

ERIEN O. TERRY
*Director of Consumer Affairs*

1000 Peachtree Street NE
Atlanta, Georgia 30309-4470
888-342-5133, ext. 7361
Fax 404-498-7101
ConsumerQuestions@atl.frb.org

November 21, 2008

Mr. Glenn Favre
110 S. Columbia Drive, Unit 2
Decatur, Georgia 30030

Dear Mr. Favre:

This letter is in response to your complaint regarding SunTrust Mortgage, Inc., Richmond, Virginia. In your letter you expressed your concerns with regard to your construction-permanent loan.

Please be aware that our complaint policies mandated by the Board of Governors of the Federal Reserve System require us to carefully review every complaint we receive against one of our state member banks. While in some instances we can initiate a favorable resolution between the bank and the consumer, we are not empowered to resolve or mediate contractual disputes, disputes of fact, or to resolve cases whereby fraud has occurred. We are also unable to negotiate or mediate financial settlements on your behalf. Our regulatory responsibilities are to promote the safety and soundness of the institutions we regulate and to ensure that they comply with the federal banking consumer protection laws and regulations that under our regulatory authority. Outside of these responsibilities, we do not customarily direct the manner in which our regulated institutions manage business relationships with their customers.

We have reviewed your claims and decided that your complaint is beyond the scope of our regulatory authority. As we are not a judicial authority, you will need to take your case to the legal system to seek redress. We can only suggest that you seek legal counsel to determine your options. We realize that this is not the response you were seeking, but we trust that it will inform you of our position. If you have any questions regarding the review of your complaint, please contact our Complaints Manager, Joseph Cassar, at 888-342-5133 ext. 7361. Please be aware that our web site contains brochures of interest to consumers, which can be accessed at www.frbatlanta.org/consumer.cfm.

Sincerely,

Erien O. Terry

U.S. FEDERAL DISTRICT BANKRUPTCY COURT
NORTHER DISTRICT OF GEORGIA
Atlanta Division
Re: Debtor: Glenn R. Favre    CASE NO: 08-0147979-mhm
Chapter 7  Discharged 4/12/09
See Trustee's Abondonment of Assets Report To Issue Writ of
Execution and Order For Property Title To Debtor Under 60(b)



EXHIBIT "

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

WARNING: Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Angela Little Hamilton 454087 | X /s/ Angela Little Hamilton | December 9, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
543 E. Lanier Avenue
Fayetteville, GA 30214
(770) 716-0140
angelalham@yahoo.com

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Glenn Royce Favre | X /s/ Glenn Royce Favre | December 9, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)          Date

# CERTIFICATE OF SERVICE

I, <u>DALE CAPELOUTO</u> (name), certify that on <u>DECEMBER 21, 2009</u>
(date), I served this summons and a copy of the involuntary petition on <u>DECEMBER 21, 2009</u>
(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

HAND DELIVERED
GLENN ROYCE FAVRE
110 S. COLUMBIA DR 11
DECATUR, GA 30030

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>12/21/2009</u>                Signature _____

Print Name :                 <u>DALE CAPELOUTO</u>

Business Address:         <u>110 S. COLUMBIA DR 11</u>

                         <u>DECATUR GA 30030</u>

American LegalNet, Inc.
www.FormsWorkFlow.com