# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO: Mr. James N. Hatten, Clerk
United States District Court

DATE: January 13, 2010

RE: 08-85264-MHM
Bankruptcy Case No.

Glenn Royce Favre
Debtor(s)

Glenn Royce Favre
Plaintiff/Appellant

vs

Suntrust Mortgage, Inc.
Defendant/Appellee

## SUBMISSION SHEET

Submitted on:

☒ Notice of Appeal filed 12/9/09 — Doc. No. 50
☒ File date of Order being appealed from 10/22/09 — Doc. No. 40
Appellant - Glenn Royce Favre
Appellee - Suntrust Mortgage, Inc.

*Filed in U.S. Bankruptcy Court
Atlanta, Georgia
JAN 1 3 2010
By: M. Regina Thomas, Clerk
Deputy Clerk*

Contents of Record:

☐ Entire Record   ☐ Designated items of   ☐ Appellant(s)   ☐ Appellee
Doc.s 40, 50 & 69

Filing Fee Paid - ☐ Yes ☒ No
In Forma Pauperis - ☐ GRANTED ☐ DENIED

__1__ Volumes of Record
__0__ Volumes of Transcript/Depositions
__0__ [# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:
USDC Case Number:
USDC Judge Assignment:
Previous case numbers in related appeal cases:

FROM: M. Regina Thomas, Clerk
United States Bankruptcy Court

By: Gregory Mitchell, Deputy Clerk

**Please return a "received" stamped copy showing case number and Judge Assignment**

**USDC Number/Judge**

F08 (submusdc.roa) (Rev. 10-2009)