# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO:  Mr. James N. Hatten, Clerk  
United States District Court

DATE: January 13, 2010

FILED IN CLERK'S OFFICE
U.S.C.C. Atlanta

JAN 13 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

RE:  08-85264-MHM  
Bankruptcy Case No.

Glenn Royce Favre  
Debtor(s)

Glenn Royce Favre  
Plaintiff/Appellant

vs

Suntrust Mortgage, Inc.  
Defendant/Appellee

## SUBMISSION SHEET

**Submitted on:**

☒ Notice of Appeal filed 12/9/09 — Doc. No. 50  
☒ File date of Order being appealed from 10/22/09 — Doc. No. 40  
Appellant - Glenn Royce Favre  
Appellee - Suntrust Mortgage, Inc.

**Contents of Record:**

☐ Entire Record   ☐ Designated items of   ☐ Appellant(s)   ☐ Appellee  
Doc.s 40, 50 & 69

Filing Fee Paid - ☐ Yes  ☒ No  
In Forma Pauperis - ☐ GRANTED  ☐ DENIED

__1__ Volumes of Record  
__0__ Volumes of Transcript/Depositions  
__0__ [# of Envelope(s)/Box(s)] Envelope(s)/Box(s) Exhibits

If previous appeal filed list:  
USDC Case Number:  
USDC Judge Assignment:  
Previous case numbers in related appeal cases:

FROM:  M. Regina Thomas, Clerk  
United States Bankruptcy Court

By: _____ Gregory Mitchell, Deputy Clerk

Please return a "received" stamped copy showing case number and Judge Assignment

1:10-CV-0083  
USDC Number/Judge