ENTERED ON
JAN 1 4 2010
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

## ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

On December 11, 2009, Debtor filed a *Petition for Payment of Unclaimed Funds* [Doc. No 64] and on December 15, 2009, Debtor filed an amended *Petition for Payment of Unclaimed Funds* [Doc. No 66]. The blank for the date unclaimed funds were paid into the Registry was left blank. Debtor seeks payment of $153,000 issued to Favre & Bennett, LLC. No unclaimed funds, however, have been paid into the Registry of this court; accordingly, it is hereby

ORDERED that Debtor's *Petition for Payment of Unclaimed Funds* [Doc. No 64] and amended *Petition for Payment of Unclaimed Funds* [Doc. No 66] are **denied**.

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 13th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE