**ENTERED ON
JAN 1 4 2010
DOCKET**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

### ORDER DENYING DEBTOR'S
### *TRANSFERS OF CLAIM OTHER THAN FOR SECURITY*

On November 12, 2009 [Doc. No. 45], December 9, 2009 [Doc. No. 58], December 11, 2009 [Doc. No. 65 and 68], and December 15, 2009 [Doc. No. 67], Debtor filed documents entitled *Transfers of Claim Other than for Security*, which purport to transfer claims from Gregory Hayes (the Chapter 7 Trustee) to Debtor (collectively, the "Transfers"). Gregory Hayes has not filed any proof of claim in this case. The documents attached to the Transfer provide no evidence that Gregory Hayes holds or has asserted any claim against Debtor's estate. Accordingly, it is hereby

ORDERED that the *Transfers of Claim Other than for Security* [Doc. No. 45, 58, 65, 67, and 68] are ***stricken.***

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 13th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE