**ENTERED ON**

**JAN 1 4 2010**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DOCKET**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S APPLICATION
FOR WAIVER OF CHAPTER 7 FILING FEE**

On December 11, 2009, Debtor filed an application for waiver of the Chapter 7 reopening filing fee (the "Application"). Upon consideration of the Application, it is hereby

ORDERED that Debtor's application for waiver of the Chapter 7 filing fee is *granted*; provided, however, that this order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee and the U.S. Trustee.

**IT IS SO ORDERED**, this the 13th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE