**ENTERED ON**
**JAN 1 4 2010**
**DOCKET**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

## ORDER DENYING DEBTOR'S
### *TRANSFERS OF CLAIM OTHER THAN FOR SECURITY*

On November 12, 2009 [Doc. No. 45], December 9, 2009 [Doc. No. 58], December 11, 2009 [Doc. No. 65 and 68], and December 15, 2009 [Doc. No. 67], Debtor filed documents entitled *Transfers of Claim Other than for Security*, which purport to transfer claims from Gregory Hayes (the Chapter 7 Trustee) to Debtor (collectively, the "Transfers"). Gregory Hayes has not filed any proof of claim in this case. The documents attached to the Transfer provide no evidence that Gregory Hayes holds or has asserted any claim against Debtor's estate. Accordingly, it is hereby

ORDERED that the *Transfers of Claim Other than for Security* [Doc. No. 45, 58, 65, 67, and 68] are *stricken.*

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 13th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: benningto              Page 1 of 1                  Date Rcvd: Jan 14, 2010
Case: 08-85264                 Form ID: pdf492              Total Noticed: 4

The following entities were noticed by first class mail on Jan 16, 2010.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                                 TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 16, 2010**                    **Signature:** _/s/ Joseph Speetjens_