UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON DOCKET
JAN 14 2010**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

**ORDER STRIKING *SUMMONS TO DEBTOR IN INVOLUNTARY CASE***

This case commenced with the December 9, 2008 filing of a voluntary Chapter 7 petition by Debtor. Debtor was discharged and the case was closed April 7, 2009. Nevertheless, beginning in October, 2009, Debtor began filing a number of pleadings, as reflected on the docket. On December 21, 2009, Dale Capelouto filed *pro se* a *Summons to Debtor in Involuntary Case* [Doc. No. 79] (the "Involuntary Summons"). Mr. Capelouto describes himself as "PARTY OF INTEREST, 110 S. COLUMBIA DR 11 DECATUR GA 30030."[1] In the blank provided for the date of the Involuntary Petition filed against the debtor, Mr. Capelouto inserted April 9, 2009, which is the date Debtor's Chapter 7 discharge was entered. Attached to the Involuntary Summons was a copy of the Chapter 7 Trustee's March 3, 2009 application to approve the employment of Trustee's attorney and the order granting that application; a notice of appearance by a creditor's attorney, filed December 19, 2008; the §342 notice to Debtor, filed by Debtor December 9, 2009[2]; a Materialman's and Mechanic's claim of lien by Debtor's company, Top to Bottom, LLC

---

[1] The referenced address is the same address listed as Debtor's residence address.

[2] That notice was filed as required with the original bankruptcy petition December 9, 2008. The purpose of Debtor's refiling of the notice a year later is unclear.

against a party whose name is not legible, dated April 7, 2009; undated correspondence to Debtor from CDI Credit Inc.; a copy of a motion for relief from stay filed in this case by Suntrust Mortgage, Inc.; and several other similar documents. All the documents attached to the Involuntary Summons appear to be irrelevant to it, and any relevance is not explained. Additionally, no involuntary petition was attached nor has one been filed in this case; the Involuntary Summons lacks sufficient allegations to be construed as an involuntary petition.

Finally, even if an involuntary petition were filed, such a petition could not be entertained. Debtor's *voluntary* Chapter 7 discharge was entered April 7, 2009. A debtor cannot receive two discharges in one case. *In re Hauswirth*, 242 B.R. 95 (Bankr. N.D. Ga. 1999). Accordingly, it is hereby

ORDERED that the *Summons to Debtor in Involuntary Case* [Doc. No. 79] is *stricken.*

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 13th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: millerc              Page 1 of 1              Date Rcvd: Jan 14, 2010
Case: 08-85264                Form ID: pdf492            Total Noticed: 5

The following entities were noticed by first class mail on Jan 16, 2010.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**                    **Signature:**    _Joseph Speetjens_