ENTERED ON

JAN 1 4 2010

UNITED STATES BANKRUPTCY COURT          DOCKET
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

**ORDER STRIKING** *DISCLOSURE STATEMENT* **AND** *PLAN*

This case commenced December 9, 2008, as a voluntary Chapter 7 case. After administration by the duly-appointed Chapter 7 Trustee, Debtor's Chapter 7 discharge was entered April 7, 2009 [Doc. No. 30] and the case was closed.[1] Debtor's motions to reopen this case [Doc. No. 47] and convert to a Chapter 11 case [Doc. No. 48] were denied by order entered January 13, 2010 [Doc. No. 81].

On December 9, 2009, Debtor filed a Chapter 11 disclosure statement [Doc. No. 54] and a Chapter 11 plan [Doc. No. 56 and 57]. Debtor used forms for a disclosure statement and the plan but most of the significant information intended to be elicited by the forms is omitted.

Additionally, on page 4 of the disclosure statement, Debtor lists Dale Capelouto and Glenn R. Favre as managers of Debtor, but fails to describe the basis upon which Debtor, who is an individual, may have a manager. The only other information contained in the

---

[1] Nevertheless, beginning on October 13, 2009, Debtor began filing a number of pleadings [Doc. Nos. 32-39, 41, 43-45, 47, 49-56, 58, 63-72, 78).

disclosure statement that is not part of the form language is two anticipated avoidance actions, one against Suntrust Mortgage and others, and another against "Krell, Miller, Macklin, Lesesne."[2]

In the plan on page 3, a chart lists all classes of claims as unimpaired but fails to describe the proposed treatment of priority or secured claims, classes 1 and 2. On page 4, the arbitrary and unreasonable date of December 14, 2009, is inserted as the bar date for filing proofs of claim. Article VII of the plan states "the directors will be Dale capelouto (sic), Glenn favre (sic) and Allen Scott bennett (sic) as per § 1123(a)(5)." As Debtor is an individual, not a corporation, the designation of "directors" is unclear. Page 5, Article IX, provides for a discharge, but Debtor has already received a discharge in this case. A debtor cannot receive two discharges in one case. *In re Hauswirth,* 242 B.R. 95 (Bankr. N.D. Ga. 1999) (J. Murphy).

Even assuming this case could be converted to a Chapter 11 case, pursuant to 11 U.S.C. §1125, a disclosure statement must provide adequate information to enable creditors to make an informed judgment about the plan. The disclosure statement filed by Debtor fails to provide adequate information about the plan. Additionally, the plan fails to satisfy even the most rudimentary requirements for the contents of plan as set forth in 11 U.S.C. §1123. Accordingly, it is hereby

---

[2] These are apparently the surnames of individuals against whom Debtor asserts claims. Debtor has already filed adversary proceedings against these individuals to recover on Debtor's alleged contract claims.

2

ORDERED that the Chapter 11 disclosure statement [Doc. No. 54] and Chapter 11 plan [Doc. No. 56 and 57] filed by Debtor are *stricken.*

The Clerk is directed to serve this Order upon Debtor and Trustee.

IT IS SO ORDERED, this the 14th day of January, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: benningto         Page 1 of 1              Date Rcvd: Jan 14, 2010
Case: 08-85264                Form ID: pdf540         Total Noticed: 4

The following entities were noticed by first class mail on Jan 16, 2010.
db           +Glenn Royce Favre,    110 South Columbia Drive,    #11,    Decatur, GA 30030-5318
aty          +A. Alexander Teel,    Lamberth, Cifelli, Stokes, Ellis & Nason,    East Tower, Suite 550,
              3343 Peachtree Road, NE,    Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,    Angela Little Hamilton,    543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,    Hays Financial Consulting, LLC,    Suite 200,    3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**                              **Signature:**    *Joseph Speetjens*