ENTERED ON
JAN 1 4 2010
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GLENN ROYCE FAVRE, | ) | CASE NO. 08-85264 - MHM |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING DEBTOR'S APPLICATION
## FOR WAIVER OF CHAPTER 7 FILING FEE

On December 11, 2009, Debtor filed an application for waiver of the Chapter 7 reopening filing fee (the "Application"). Upon consideration of the Application, it is hereby

ORDERED that Debtor's application for waiver of the Chapter 7 filing fee is *granted*; provided, however, that this order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee and the U.S. Trustee.

**IT IS SO ORDERED**, this the 13th day of January, 2010.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: benningto           Page 1 of 1              Date Rcvd: Jan 14, 2010
Case: 08-85264                Form ID: pdf599           Total Noticed: 4

The following entities were noticed by first class mail on Jan 16, 2010.
db           +Glenn Royce Favre,   110 South Columbia Drive,   #11,   Decatur, GA 30030-5318
aty          +A. Alexander Teel,   Lamberth, Cifelli, Stokes, Ellis & Nason,   East Tower, Suite 550,
              3343 Peachtree Road, NE,   Atlanta, GA 30326-1085
aty          +Angela Little Hamilton,   Angela Little Hamilton,   543 E. Lanier Avenue,
              Fayetteville, GA 30214-2240
tr            S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          S. Gregory Hays,   Hays Financial Consulting, LLC,   Suite 200,   3343 Peachtree Road, NE,
              Atlanta, GA  30326-1420
                                                                                            TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2010**                    **Signature:** _Joseph Speetjens_